**Fill in this information to identify the case:**

Debtor name: **ERBO Properties LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 13, 2023**

X **/s/ Erno Bodek**
Signature of individual signing on behalf of debtor

**Erno Bodek**
Printed name

**Manager**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **ERBO Properties LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cauldwell Wingate Co., LLC**<br>**380 Lexington Avenue**<br>**52nd Floor**<br>**New York, NY 10168** | | **Construction Manager Agreement** | **Unliquidated Disputed** | | | $2,000,000.00 |
| **HigherGround 541, LLC**<br>**c/o CIA Group**<br>**41 Madison Avenue, 31st Floor**<br>**New York, NY 10010** | | **Development Agreement** | **Unliquidated Disputed** | | | $500,000.00 |
| **Advanced Facade**<br>**13-75 Redfern Ave**<br>**Far Rockaway, NY 11691** | | **Facade - Window Installation Lobby - Chandilieres** | **Unliquidated** | | | $90,000.00 |
| **High Concrete Group**<br>**125 Denver Rd**<br>**Denver, PA 17517** | | **Facade - Engineering, Manufacturing and Delivery** | **Unliquidated** | | | $86,634.85 |
| **Mancini Duffy**<br>**275 7th Avenue**<br>**New York, NY 10001** | | **Architectural Design Services and Construction Administration** | **Unliquidated** | | | $58,148.40 |
| **Lilker Associates**<br>**1001 6th Ave #9**<br>**New York, NY 10018** | | **Mrchanical, Electrical, Plumbing, Sprinkler, Fire Alarm and BMS Design Services and Construction Administration** | **Unliquidated** | | | $27,945.00 |
| **Urban Umbrella**<br>**20 Harrison St**<br>**New York, NY 10013** | | **Sidewalk Shed** | **Unliquidated** | | | $9,491.12 |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 1

Debtor **ERBO Properties LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **KM Associates of NY, Inc.**<br>**158 West 29 Street**<br>**Fl. 7**<br>**New York, NY 10001** | | **Permits & Filing Fees** | **Unliquidated** | | | $6,331.45 |
| **Gilsanz Murray Steficek**<br>**129 W 27th St 5th floor**<br>**New York, NY 10001** | | **Structural Design and Construction Administration** | **Unliquidated** | | | $4,425.00 |

**Fill in this information to identify the case:**

Debtor name: **ERBO Properties LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ **80,000,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................... $ **0.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ **80,000,000.00**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ **57,431,064.33**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ **2,782,975.82**

4. **Total liabilities** ....................................................................................................................
   Lines 2 + 3a + 3b                                                                                               $ **60,214,040.15**

**Fill in this information to identify the case:**

Debtor name  **ERBO Properties LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**    **Current value of debtor's interest**

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No. Go to Part 6.
    ☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

Debtor **ERBO Properties LLC**                                                       Case number *(If known)*
         Name

☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 541 West 21st Street<br>New York, NY 10011 | Fee Ownership | Unknown | Stabilized Value | $80,000,000.00 |

**56. Total of Part 9.**                                                                                                                  **$80,000,000.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Official Form 206A/B                      Schedule A/B Assets - Real and Personal Property                      page 2

| Debtor | **ERBO Properties LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Claims against Development Manager/Construction Manager**<br>Nature of claim    **Overcharge for Construction Services**<br>Amount requested    $0.00 | **Unknown** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

Debtor **ERBO Properties LLC**
Name

Case number *(If known)*

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.........>* | | $80,000,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $0.00 + 91b. | $80,000,000.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $80,000,000.00 |

Official Form 206A/B         Schedule A/B Assets - Real and Personal Property         page 4

**Fill in this information to identify the case:**

Debtor name: **ERBO Properties LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Alpine Enterprises NY Ltd.**<br>Creditor's Name<br><br>**4608 Third Avenue**<br>**Brooklyn, NY 11220**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. G4 18190, LLC**<br>**2. Alpine Enterprises NY Ltd.** | **Describe debtor's property that is subject to a lien**<br>**541 West 21st Street**<br>**New York, NY 10011**<br><br>**Describe the lien**<br>**Mechanic's Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | $431,064.33 | $80,000,000.00 |
| **2.2** **G4 18190, LLC**<br>Creditor's Name<br><br>**14 Skillman Street**<br>**Roslyn, NY 11576**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**541 West 21st Street**<br>**New York, NY 10011**<br><br>**Describe the lien**<br>**Senior Mortgage**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $57,000,000.00 | $80,000,000.00 |

Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 2

| Debtor | **ERBO Properties LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $57,431,064.33

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **ERBO Properties LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

   **Amount of claim**

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**551 West 21st Condominium**<br>**551 W 21st St**<br>**New York, NY 10011**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Neighbor Agreement - License Fees**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**A/R Consulting Engineer**<br>**530 Yonkers Ave Ste 103**<br>**Yonkers, NY 10704**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Inspection of Exterior**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Advanced Facade**<br>**13-75 Redfern Ave**<br>**Far Rockaway, NY 11691**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Facade - Window Installation Lobby - Chandilieres**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$90,000.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Ahern Rentals**<br>**1333 Randall Ave**<br>**Bronx, NY 10474**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Equipment Rental - Boom**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |

| Debtor | **ERBO Properties LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Alba Services, Inc.**<br>**240 W 52nd St 4th Floor**<br>**New York, NY 10019**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Supplemental Steel Installation<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**BRW Contracting Inc.**<br>**2522 Hunt Rd #4312**<br>**Land O Lakes, FL 34638**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Local Law 11 & Rigging Scaffolding<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Cauldwell Wingate Co., LLC**<br>**380 Lexington Avenue**<br>**52nd Floor**<br>**New York, NY 10168**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Construction Manager Agreement<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,000,000.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**ConEdison**<br>**850 12th Ave**<br>**New York, NY 10019**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Utilities - Electric & Gas<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Crescent Consulting**<br>**2 Stowe Rd # 3A**<br>**Peekskill, NY 10566**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Maintain compliance with ICAP Tax Abatement Program<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**D.N.A. Controlled Inspections**<br>**135 W 29th St #601**<br>**New York, NY 10001**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Observe, Inspect and Report Specific Conditions Requested by Architect and Engineers of Record<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Emerald Mechanical**<br>**70 Lafayette St 4th floor**<br>**New York, NY 10013**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Neighbor Agrement - Plumbing Repair<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| Debtor | **ERBO Properties LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**ESF Inc.**<br>**55 Lasalle St**<br>**Staten Island, NY 10303**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Lobby - Millwork<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Gastaldello Sistemi S.p.A.**<br>**Viale dell'Artigianato16, 3706**<br>**Zona Industriale Madonna**<br>**Uva Secca VR, Italy**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Facade - Window Engineering Manufacturing and Delivery<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Gibbons P.C.**<br>**One Pennsylvania Plaza**<br>**37th Floor**<br>**New York, NY 10119**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Borrower Legal<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Gilsanz Murray Steficek**<br>**129 W 27th St 5th floor**<br>**New York, NY 10001**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Structural Design and Construction Administration<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,425.00** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Gorman Jr Fire Alarm Consultin**<br>**c/o Walter Gorman**<br>**135 W 29th St, Suite 1005**<br>**New York, NY 10001**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Consuktant for Fire Alrm Inspection and Approval<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**HG Stones**<br>**65 Davids Dr, Hauppauge**<br>**Hauppauge, NY 11788**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Lobby - Front Desk Stone & Water Table Stone<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**High Concrete Group**<br>**125 Denver Rd**<br>**Denver, PA 17517**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Facade - Engineering, Manufacturing and Delivery<br>Is the claim subject to offset? ■ No ☐ Yes | **$86,634.85** |

| Debtor | **ERBO Properties LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**HigherGround 541, LLC**<br>**c/o CIA Group**<br>**41 Madison Avenue, 31st Floor**<br>**New York, NY 10010**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Development Agreement<br>Is the claim subject to offset? ■ No  ☐ Yes | **$500,000.00** |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Hudson Painting**<br>**2360 29th St**<br>**Astoria, NY 11105**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Neighbor Agreement - Painiting<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**IM Insurance**<br>**4403 13th Ave**<br>**Brooklyn, NY 11219**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Insurance/Liability<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**KM Associates of NY, Inc.**<br>**158 West 29 Street**<br>**Fl. 7**<br>**New York, NY 10001**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Permits & Filing Fees<br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,331.45** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Lilker Associates**<br>**1001 6th Ave #9**<br>**New York, NY 10018**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Mrchanical, Electrical, Plumbing, Sprinkler, Fire Alarm and BMS Design Services and Construction Administration<br>Is the claim subject to offset? ■ No  ☐ Yes | **$27,945.00** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Lilker Energy Solutions**<br>**1001 6th Ave #9**<br>**New York, NY 10018**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Energy Modeling/Commisisoning<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Lilker Lighting Group**<br>**1001 6th Ave #9**<br>**New York, NY 10018**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Lighting Design<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

**Debtor** **ERBO Properties LLC**
Name

**Case number** (if known)

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Mancini Duffy**<br>**275 7th Avenue**<br>**New York, NY 10001**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Architectural Design Services and Construction Administration**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$58,148.40** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Metrodial Corporation**<br>**25 Bethpage Rd**<br>**Hicksville, NY 11801**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Fire Alarm Central Station Monitoring**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**New York City DEP**<br>**59-17 Junction Boulevard**<br>**Corona, NY 11368**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Utilities - Water and Sewer**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**SmartWorx**<br>**707 E Dayton Road**<br>**Ottawa, IL 61350**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Security System Equipment**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Spectrum**<br>**400 Washington Blvd**<br>**Stamford, CT 06902**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Telecom Services - Life Safety**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Urban Umbrella**<br>**20 Harrison St**<br>**New York, NY 10013**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Sidewalk Shed**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$9,491.12** |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

Debtor **ERBO Properties LLC**
     Name

Case number (if known) _____

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,782,975.82 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,782,975.82 |

| Fill in this information to identify the case: |
|---|
| Debtor name  **ERBO Properties LLC** |
| United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Access Agreement with Neighbor** |
| | State the term remaining | |
| | List the contract number of any government contract | **551 West 21st  Condominium**<br>**551 W 21st St**<br>**New York, NY 10011** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement Between Owner and Construction Manager** |
| | State the term remaining | |
| | List the contract number of any government contract | **Cauldwell Wingate Company, LLC**<br>**38O Lexington Avenue**<br>**52nd Floor**<br>**New York, NY 10168** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Development Management Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Higher Ground 541 LLC**<br>**c/o CIA Group**<br>**41 Madison Avenue, 31st Floor**<br>**New York, NY 10010** |

**Fill in this information to identify the case:**

Debtor name    **ERBO Properties LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | _____ Street / _____ City State Zip Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.2 | _____ | _____ Street / _____ City State Zip Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.3 | _____ | _____ Street / _____ City State Zip Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.4 | _____ | _____ Street / _____ City State Zip Code | _____ | ☐ D  ☐ E/F  ☐ G |