# United States Bankruptcy Court
### Southern District of New York

In re   **ERBO Properties LLC**                                                           Case No.
                                    Debtor(s)                                  Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 13, 2023**                    **/s/ Erno Bodek**
                                                          **Erno Bodek**/**Manager**
                                                          Signer/Title

551 WEST 21ST  CONDOMINIUM
551 W 21ST ST
NEW YORK, NY 10011


551 WEST 21ST CONDOMINIUM
551 W 21ST ST
NEW YORK, NY 10011


A/R CONSULTING ENGINEER
530 YONKERS AVE STE 103
YONKERS, NY 10704


ADVANCED FACADE
13-75 REDFERN AVE
FAR ROCKAWAY, NY 11691


AHERN RENTALS
1333 RANDALL AVE
BRONX, NY 10474


ALBA SERVICES, INC.
240 W 52ND ST 4TH FLOOR
NEW YORK, NY 10019


ALPINE ENTERPRISES NY LTD.
4608 THIRD AVENUE
BROOKLYN, NY 11220


BRW CONTRACTING INC.
2522 HUNT RD #4312
LAND O LAKES, FL 34638


CAULDWELL WINGATE CO., LLC
380 LEXINGTON AVENUE
52ND FLOOR
NEW YORK, NY 10168


CAULDWELL WINGATE COMPANY, LLC
380 LEXINGTON AVENUE
52ND FLOOR
NEW YORK, NY 10168


CONEDISON
850 12TH AVE
NEW YORK, NY 10019

```
CRESCENT CONSULTING
2 STOWE RD # 3A
PEEKSKILL, NY 10566


D.N.A.  CONTROLLED INSPECTIONS
135 W 29TH ST #601
NEW YORK, NY 10001


EMERALD MECHANICAL
70 LAFAYETTE ST 4TH FLOOR
NEW YORK, NY 10013


ESF INC.
55 LASALLE ST
STATEN ISLAND, NY 10303


G4 18190, LLC
14 SKILLMAN STREET
ROSLYN, NY 11576


GASTALDELLO SISTEMI S.P.A.
VIALE DELL'ARTIGIANATO16, 3706
 ZONA INDUSTRIALE MADONNA
UVA SECCA VR, ITALY


GIBBONS P.C.
ONE PENNSYLVANIA PLAZA
37TH FLOOR
NEW YORK, NY 10119


GILSANZ MURRAY STEFICEK
129 W 27TH ST 5TH FLOOR
NEW YORK, NY 10001


GORMAN JR FIRE ALARM CONSULTIN
C/O WALTER GORMAN
135 W 29TH ST, SUITE 1005
NEW YORK, NY 10001


HG STONES
65 DAVIDS DR, HAUPPAUGE
HAUPPAUGE, NY 11788
```

HIGH CONCRETE GROUP
125 DENVER RD
DENVER, PA 17517


HIGHER GROUND 541 LLC
C/O CIA GROUP
41 MADISON AVENUE, 31ST FLOOR
NEW YORK, NY 10010


HIGHERGROUND 541, LLC
C/O CIA GROUP
41 MADISON AVENUE, 31ST FLOOR
NEW YORK, NY 10010


HUDSON PAINTING
2360 29TH ST
ASTORIA, NY 11105


IM INSURANCE
4403 13TH AVE
BROOKLYN, NY 11219


KM ASSOCIATES OF NY, INC.
158 WEST 29 STREET
FL. 7
NEW YORK, NY 10001


LILKER ASSOCIATES
1001 6TH AVE #9
NEW YORK, NY 10018


LILKER ENERGY SOLUTIONS
1001 6TH AVE #9
NEW YORK, NY 10018


LILKER LIGHTING GROUP
1001 6TH AVE #9
NEW YORK, NY 10018


MANCINI DUFFY
275 7TH AVENUE
NEW YORK, NY 10001

```
METRODIAL CORPORATION
25 BETHPAGE RD
HICKSVILLE, NY 11801


NEW YORK CITY DEP
 59-17 JUNCTION BOULEVARD
CORONA, NY 11368


SMARTWORX
707 E DAYTON ROAD
OTTAWA, IL 61350


SPECTRUM
400 WASHINGTON BLVD
STAMFORD, CT 06902


URBAN UMBRELLA
20 HARRISON ST
NEW YORK, NY 10013
```