# United States Bankruptcy Court
## Southern District of New York

In re **KOVA 521, LLC**      Case No. **23-10211**
Debtor(s)      Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **KOVA 521, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Gold Mezz LLC**
**551 Bedford Avenue**
**Brooklyn, NY 11211**

☐ None [*Check if applicable*]

**February 24, 2023**      **/s/ Scott S. Markowitz, Esq.**
Date      **Scott S. Markowitz, Esq. (SSM-0849)**
     Signature of Attorney or Litigant
     Counsel for **KOVA 521, LLC**
     **Tarter Krinsky & Drogin LLP**
     **1350 Broadway**
     **11th Floor**
     **New York, NY 10018**
     **(212) 216-8000 Fax:(212) 216-8001**
     **smarkowitz@tarterkrinsky.com**