# United States Bankruptcy Court
## Southern District of New York

In re    **GOLD MEZZ LLC**

Debtor(s)

Case No.    **23-10212**

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **GOLD MEZZ LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 24, 2023**

Date

**/s/ Scott S. Markowitz, Esq.**

**Scott S. Markowitz, Esq. (SSM-0849)**

Signature of Attorney or Litigant

Counsel for   **GOLD MEZZ LLC**

**Tarter Krinsky & Drogin LLP**
**1350 Broadway**
**11th Floor**
**New York, NY 10018**
**(212) 216-8000 Fax:(212) 216-8001**
**smarkowitz@tarterkrinsky.com**