# United States Bankruptcy Court
### Southern District of New York

In re **GOLD MEZZ LLC**  
Debtor(s)

Case No. **23-10212**  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Erno Bodek**<br>**551 Bedford Avenue**<br>**Brooklyn, NY 11211** | | **32.5%** | **Membership** |
| **Lazzar Bodek**<br>**551 Bedford Avenue**<br>**Brooklyn, NY 11211** | | **35%** | **Membership** |
| **Rachel Bodek**<br>**551 Bedford Avenue**<br>**Brooklyn, NY 11211** | | **32.5%** | **Membership** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 24, 2023**    Signature **/s/ Erno Bodek**  
**Erno Bodek**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders