UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
In re:                                              :       Chapter 11
                                                    :
ERBO PROPERTIES LLC, *et al.*[1]                    :       Case No.: 23-10210 (LGB)
                                                    :
                        Debtors.                    :       (Jointly Administered)
---------------------------------------------------------- x

### INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS

In accordance with the Notice of 341(a) Meeting of Creditors, ECF No. 4, the section 341 meeting of creditors for this chapter 11 case, scheduled for **March 15, 2023 at 2:30 p.m.** (the "Designated Meeting Time"), will be conducted by **telephone conference.**

All parties shall appear by phone at the section 341 at the Designated Meeting Time in accordance with the instructions below.

**Call-in Information**:

On March 15, 2023, at 2:30 p.m., parties shall dial-in to the meeting using the following dialing instructions:

- **Meeting Dial-in No: (877) 929-0164**, and when prompted, enter the
- **Participant Code: 3310990**, followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

Dated: New York, New York             WILLIAM K. HARRINGTON
       March 6, 2023                  UNITED STATES TRUSTEE

                                      By:    /s/ *Tara Tiantian*
                                             Tara Tiantian
                                             Trial Attorney
                                             Alexander Hamilton Custom House
                                             One Bowling Green, Room 534
                                             New York, NY 10004-1408

---

[1] The Debtors are ERBO Properties LLC (9179) ("Erbo"), Case No.: 23-10210, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211; KOVA 521, LLC (9972) ("KOVA"), Case No.: 23-10211, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211; and Gold Mezz LLC (4741) ("Gold"), Case No.: 23-10212, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211.