**TARTER KRINSKY & DROGIN LLP**
*Attorneys for ERBO Properties LLC, KOVA 521, LLC and Gold Mezz LLC*
*Debtors and Debtors-in-Possession*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.
smarkowitz@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| | : | |
| ERBO PROPERTIES LLC, et al.[1] | : | Case No.: 23-10210 (LGB) |
| | : | (Jointly Administered) |
| Debtors. | : | |

----------------------------------------------------------x

**DECLARATION OF ELIEZER FRIED IN SUPPORT OF DEBTOR'S
MOTION TO REJECT A DEVELOPMENT MANAGEMENT AGREEMENT WITH
HIGHER GROUND 541 LLC AND A CONSTRUCTION MANAGEMENT AGREEMENT
WITH CAULDWELL WINGATE COMPANY LLC**

I, Eliezer Fried, declare, pursuant to section 1746 of title 28 of the United States Code, that:

1.      I am over the age of eighteen and reside in New York.

2.      I am the president of Irving Oak Management ("Irving"). I have extensive experience managing properties in NYC as well as managing and overseeing construction projects.

3.      On or about February 7, 2023, I was requested by Hershel Klein, a representative of the Debtor, to review and report on the status of a construction project located at 541 West

---

[1] The Debtors are ERBO Properties LLC (EIN x9179), Case No.: 23-10210, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211; KOVA 521, LLC (EIN x9972), Case No.: 23-10211, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211; and Gold Mezz LLC (EIN x4741), Case No.: 23-10212, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211.

21st Street New York, NY (the "Building").  I was officially hired on March 12, 2023 and received a payment for my services from Rachel Bodek.

4.      Since being retained, I have personally walked through the entire Building numerous time in performing substantial due diligence on the Project. Annexed hereto as **Exhibit "A"** is a short summary and my qualifications as well as a summary of the services Irving has provided to date with respect to the Project.

5.      In short, I am confident in my ability, with the assistance of Mabe, a licensed general contractor whom I have worked with on several projects in the past, we will be able to obtain a partial TCO for the Project in six months or less.

6.      Irving has submitted a proposed contract to the Debtor which includes the most recent updated estimate to obtain the TCO. I was also provided a copy of Cauldwell's recent estimate to obtain the TCO and I believe Cauldwell's estimate is incomplete as it does include certain work required to obtain the TCO.

7.      In short, Irving and Mabe are ready, willing, and able to mobilize to finish the construction and obtain DOB signoffs necessary to obtain a partial TCO for the Building.

8.      I am prepared to testify as to the current condition of the Building and my cost estimate for obtaining the TCO.

I declare under the penalty of perjury that the foregoing is true and correct.


Executed this  1st  day of May 2023


                                                        /s/ Eliezer Fried
                                                        _____
                                                        Eliezer Fried

**EXHIBIT A**



**Date:**      **4/18/2023**
**Re:**        **Irving Oak Management Construction Report**
**Address:**  **541 West 21ˢᵗ Street**
               **New York, NY**

Irving Oak Management is a property management and construction coordination company that has been serving the New York City area for seven years overseeing projects totaling more than 800k square feet. We provide comprehensive services to our clients as an owner's representative, coordinating all needs in construction or management for buildings in the city.

Our team at Irving Oak Management is highly experienced and knowledgeable in this industry, and we take great pride in the quality of our work. We have a proven track record of success and have earned a strong reputation for our commitment to excellence. Our clients can rest assured that Irving Oak Management has the expertise to oversee their needs.

It is clear that Irving Oak Management is the ideal choice for anyone looking for reliable property management and construction services in the New York City area. Our dedication to providing the highest level of service is unparalleled, and our commitment to excellence is evident in every project we undertake.



**Date:**      **4/18/2023**
**Re:**        **Irving Oak Management Construction Report**
**Address:**   **541 West 21ˢᵗ Street**
               **New York, NY**

See the below chart outlining past and current projects that Irving Oak has been involved in, along with our responsibility on each project.

| | Address | Type | SQ Footage | Project |
|---|---|---|---|---|
| Past Projects | | | | |
| | Bogart St. Brooklyn NY | Commercial | 159,998.00 | Construction and Project Management |
| | Spencer St. Brooklyn NY | Commercial | 52,643.00 | TI and Project Management |
| | Forrest St. Brooklyn NY | Commercial Conversion to Residential | 32,197.00 | Construction and Management |
| | Kingsland Ave. Brooklyn NY | Commercial | 22,930.00 | Construction and Management |
| | 19th St. Brooklyn NY | Commercial | 10,000.00 | Construction |
| | 108 St. Queens NY | School | 10,000.00 | Construction |
| | Broadway, Brooklyn NY | Commercial | 52,714.00 | Project Management |
| | Roebling St. Brooklyn NY | Mixed Use | 40,469.00 | Construction and Project Management |
| | Wyckoff Ave. Brooklyn NY | Commercial | 38,794.00 | Construction and Management |
| | | | | |
| Current Projects | | | | |
| | Wyckoff Ave. Queens NY | Commercial | 48,762.00 | Management |
| | Irving Ave. Queens NY | Commercial | 19,116.00 | Construction and Management |
| | Thames St. Brooklyn | Mixed Use | 63,630.00 | Management |
| | South 2nd St. Brooklyn NY | Mixed Use | 33,570.00 | Construction and Management |
| | Marcy Ave. Brooklyn NY | Commercial | 57,483.00 | Management |
| | Melrose St. Brooklyn | Commercial | 13,497.00 | Construction |
| | East 40th St. Manhattan NY | Hotel | 3,092.00 | Construction |
| | Troutman St. Brooklyn NY | Commercial | 57,067.00 | Management |
| | 1st Ave. Manhattan NY | Mixed Use | 5,215.00 | Construction and Management |
| | Albany Ave. Brooklyn NY | Commercial | 35,775.00 | Management |
| | North 13th St. Brooklyn NY | Commercial | 68,750.00 | Management |
| | | | | |
| Chapter 11 Project | | | | |
| | Howard Ave. Brooklyn NY | Residential | 12,792.00 | Management |

**Date:**      **4/18/2023**
**Re:**        **Irving Oak Management Construction Report**
**Address:**   **541 West 21ˢᵗ Street**
               **New York, NY**



As the owner's representative now hired for 541 West 21st Street, we have to date done the following.

- Secured the building via 24-hour electronic surveillance

- Daily walk thru inspections on all major mechanical systems and general building requirements

- Reviewed all current building plans filed with the building department

- We signed up for all city alerts to keep us updated on any developments

- Reviewed all open permits and sign off requirements. Hired experienced expeditor (BAC Group) that reviewed and provided a full comprehensive list of requirements to TCO

- Inspected the current job conditions versus what's needed to complete for TCO

- We will be hiring the well experienced "Mabe Group" as the new Licensed GC to oversee the job and signoffs. We have worked with the Mabe Group on 7 prior and current projects.

- Reviewed the open contracts and list of current subs and then reached out to them for possible continuation and completion. The existing elevator company Kone Inc. has provided us with a cost & timeline for both pre-inspection and sign-off & inspection. The existing Fire alarm company, Cross fire has presented a cost and timeline to complete the job and sign offs

- For all non-cooperating current subs, we sent out "job completion requirements" for bidding to alternate high quality subs to replace and supersede the current sub.

- Upon working on this job, we came across many open violations on the site which we will be hiring a company for, and we'll work on dismissing it and negotiating on the penalties.

**Date:**    **4/18/2023**
**Re:**    **Irving Oak Management Construction Report**
**Address:**    **541 West 21st Street**
          **New York, NY**



This all is a positive step forward for the project and will help to guarantee that the job is done properly and efficiently. We will also help to ensure that the project is completed on time and within budget. This will be beneficial for all parties involved, as it will reduce the costs and time associated with the project.

We are pleased with the progress we have made and are confident that we will achieve our desired results. Our team is committed to making sure that the job is done to the highest standards and that all parties involved are satisfied with the results. We are looking forward to seeing the successful completion of this project.

The estimated timeline to complete, from approval of funding (pending DOB Holdups) is 3-5 months

- Please find below the list of open items to complete. These items are part of the above-mentioned cost requirements.

541 West 21 Street — block # 693, lot # 10, bin # 1012308

**Alt 2 MH**

| Alt 2 Permit# | Item | Status | Responsibility |
|---|---|---|---|
| 100310940 | PW-1 to withdraw application once alt 1 is signed off in alt 1 | Pending | owner to sign |

**Alt 3-BPP**

| Alt 3 Permit # | Item | Status | Responsibility |
|---|---|---|---|
| 140881589 | Reinstate application | Pending | BAC to coordinate |
| | street tree receipt | Pending | BAC to receive |
| | BPP-11 | Pending | Applicant to sign |
| | Final Survey | Pending | surveyor |
| | Street tree signoff | Pending | BAC to coordinate |
| | BPP photos | Pending | Owner to provide |
| | BPP inspection | Pending | BAC to coordinate |

**Shed**

| Alt 3 Permit# | Item | Status | Responsibility |
|---|---|---|---|
| 104734904 | PW-1 to withdraw application once alt 1 is signed off in dob now | Pending | owner to sign |

**Shed**

| Alt 3 Permit# | Item | Status | Responsibility |
|---|---|---|---|
| 140136984 | PW-1 to withdraw application once alt 1 is signed off in dob now | Pending | owner to sign |

**Alt 2-Sprinkler Removal**    2 OT-GC

| ALT 2 Permit # | Item | Status | Responsibility |
|---|---|---|---|
| 104755506 | PW-1 to withdraw, application 103679397 is signed off | Pending | owner to sign |

**Structure advertising sign**

| Alt 3 Permit# | Item | Status | Responsibility |
|---|---|---|---|
| | | | |

**Date:** 4/18/2023
**Re:** Irving Oak Management Construction Report
**Address:** 541 West 21st Street
New York, NY



**IRVING OAK**
MANAGEMENT

Structure advertising sign

| ALT 3 Permit # | Item | Status | Responsibility |
|---|---|---|---|
| 121443410 | PW-1 to withdraw application with inspection | Pending | BAC to coordinate |

Alt 1 OT-MH-PL-ST-SP-SD- 1 OT-MH-PL-ST-SD-SP

| Alt 1 Permit # | Item | Status | Responsibility |
|---|---|---|---|
| 121204990 | Final TR-1 & 8 | Pending | Special Inspector to sign |
| | TR-2 report | Pending | Special Inspector to sign |
| | Sustainable roof zone form signoff by examiner | Pending | Architect to sign |
| | Final Survey | Pending | Surveyor |
| | AI-1 to certify survey | Pending | Architect to sign |
| | BPP signoff | Pending | BAC to coordinate |
| | Street tree signoff | Pending | BAC to coordinate with Parks Department |
| | EN2 | Pending | Special Inspector to sign |
| | Final Construction Inspection and signoff | Pending | BAC to coordinate |
| | Final Plumbing Inspection and signoff | Pending | Master Plumber |
| | Final Elevator Inspection and signoff | Pending | Elevator Co |
| | Final Electrical Inspection and signoff | Pending | Licensed Electrician |
| | Sprinkler signoff | Pending | Master Plumber |
| | Standpipe signoff | Pending | Fire suppression contractor |
| | Cost affidavit PW-3 | Pending | Architect & owner to sign |
| | Verify tax lot | Pending | BAC to receive |
| | Topo Stamp | Pending | BAC to receive |
| | Violation Search | Pending | to be received by final CO |
| | Doc 7 is disapproved, approve or withdraw | Pending | BAC to coordinate |
| | Approve doc # 9 | Pending | BAC to coordinate |
| | FA signoff   do  you have an application? | Pending | FA CO |
| | Smoke detector letter | Pending | Electrician to sign |
| | DOB NOW review | Pending | DOB NOW applications to be signed off |

Alt 2 OT-GC

| DOB NOW permit# | Item | Status | Responsibility |
|---|---|---|---|
| 123804491 | Cost affidavit PW-3 | Pending | Architect & owner to sign |
| | final TR-1 & tr8 | Pending | special inspector |
| | EN2 | Pending | Special Inspector to sign |

**Date:**    4/18/2023
**Re:**    **Irving Oak Management Construction Report**
**Address:**    **541 West 21st Street**
           **New York, NY**



| Structure advertising sign | | | | |
|---|---|---|---|---|
| | Alt 3 Permit# | | Status | Responsibility |
| | 121446785 | PW-1 to withdraw application with inspection | Pending | BAC to coordinate |

| Sign | | | | |
|---|---|---|---|---|
| | Alt 3 Permit # | Item | Status | Responsibility |
| | 121446809 | PW-1 to withdraw application with inspection | Pending | BAC to coordinate |

| Sign | | | | |
|---|---|---|---|---|
| | Alt 3 Permit # | Item | Status | Responsibility |
| | 121446818 | PW-1 to withdraw application with inspection | Pending | BAC to coordinate |

| Sign | | | | |
|---|---|---|---|---|
| | Alt 3 Permit # | Item | Status | Responsibility |
| | 121446792 | PW-1 to withdraw application with inspection | Pending | BAC to coordinate |

| DOB applications | | | |
|---|---|---|---|
| PMM | M00602528 | | Status |
| Sprinkler | M00266884 | | permit issued |

| Construction Equipment | | | |
|---|---|---|---|
| M00492920 | construction fence | permit issued | |
| M00492910 | shed | permit issued | |
| B00631849 | shed | permit issued | |
| M00338172 | shed | permit issued | |
| M00405673 | scaffold | permit issued | |
| M00329624 | scaffold | permit issued | |

| Elevator Applications | | |
|---|---|---|

| M00329268 | Permit issued | | |
|---|---|---|---|

| Electrical Applications | | | |
|---|---|---|---|
| M00490016 | shed wiring | permit issued | |
| M00385306 | shed wiring | permit issued | |
| M00328203 | elevator electrical | permit issued | |
| M00308687 | general wiring | permit issued | |
| M00258523 | general wiring | permit issued | |
| M00250317 | lighting sidewalk shed | permit issued | |

| Violations | | | |
|---|---|---|---|
| 41 DOB violations | owners responsibility | | |
| 12 Ecb violations | owners responsibility | | |