```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
-                                                          :   Chapter 11
In re:                                                     :
                                                           :   Case No.: 23-10210 (LGB)
ERBO PROPERTIES LLC, et al.                                :
                                                           :   (Jointly Administered)
                        Debtors.                           x
-----------------------------------------------------------
```

### ORDER SCHEDULING FINAL HEARING ON MOTION SEEKING ORDER TERMINATING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 AND OTHER RELATED RELIEF

**WHEREAS**, on May 4, 2023, the Court held an initial hearing (the "May 4 Hearing") on the *Motion of 541 W 21 SME LLC ("SME") for an Order Terminating the Automatic Stay Pursuant to 11 U.S.C. § 362 and Other Related Relief* [ECF No. 54] (the "Lift Stay Motion"), and the *Debtor's Objection to SME's Lift Stay Motion* [ECF No. 58], and the *Reply of G4 18190 LLC in Support of SME's Lift Stay Motion* [ECF No. 59], and the *Joinder of Higher Ground 541 LLC in Support of SME's Lift Stay Motion* [ECF No. 60]; and

**WHEREAS**, at the May 4 Hearing, the parties discussed on the record the scheduling of a final hearing on the Lift Stay Motion along with the deadlines of any supplemental pleadings to be filed by the parties in preparation of the final hearing on the Lift Stay Motion.

IT IS HEREBY ORDERED THAT:

1. The Court will hold a final hearing on the Lift Stay Motion on Tuesday, June 6, 2023, at 10 a.m. EDT on Zoom for Government (the "Final Hearing").

2. The Court is continuing the automatic stay in effect pending the entry of an order on the Lift Stay Motion pursuant to § 362(e)(1) of the Bankruptcy Code.

1

3. The Movant shall have until 5 p.m. EDT on May 22, 2023, to file any supplemental pleadings in support of their Lift Stay Motion.

4. The Debtor shall have until 5 p.m. EDT on May 31, 2023, to file any supplemental pleadings in opposition of the Lift Stay Motion.

5. The Movant shall have until 5 p.m. EDT on June 2, 2023, to file a Reply to the supplemental pleadings filed in opposition of the Lift Stay Motion.

Dated:    New York, New York
          May 5, 2023

                                    **/s/ Lisa G. Beckerman**
                                  HONORABLE LISA G. BECKERMAN
                                  UNITED STATES BANKRUPTCY JUDGE