# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 5/5/2023 |
| Case: 23−10210−lgb | Form ID: pdf001 | Total: 84 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr     G−4 18190, LLC
cr     Higher Ground 541 LLC
cr     Cauldwell Wingate Co., LLC
cr     BRW Contracting, Inc.

TOTAL: 4

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
aty    Barry A. Solodky    bso@saxtonstump.com
aty    J. Ted Donovan    TDonovan@GWFGlaw.com
aty    Jay S. Hellman    jhellman@westermanllp.com
aty    Jennifer B Zourigui    jzourigui@ingramllp.com
aty    Kevin J. Nash    kjnash@gwfglaw.com
aty    Morris S. Bauer    MSBauer@duanemorris.com
aty    Scott S. Markowitz    smarkowitz@tarterkrinsky.com
aty    Stephen B. Selbst    sselbst@herrick.com
aty    Tara Tiantian    tara.tiantian@usdoj.gov
aty    Thomas A. Farinella    tf@lawtaf.com

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    ERBO Properties LLC    551 Bedford Avenue    Brooklyn, NY 11211
cr    High Concrete Group, LLC    125 Denver Road    Denver, PA 17517−9315
op    541 W 21 SME LLC    c/o Duane Morris LLP    One Riverfront Plaza    1037 Raymond Blvd.   Suite 1800    Newark, NJ 07102
cr    551 West 21st Street Condominium    c/o Westerman Ball Ederer Miller   Zucker & Sharfstein, LLP   1201 RXR Plaza   Uniondale, NY 11556
8018192    541 W 21 SME LLC    c/o Duane Morris LLP    Attn: Morris S. Bauer, Esq.    1037 Raymond Blvd., Suite 1800   Newark, New Jersey 07102
7999165    551 WEST 21ST CONDOMINIUM    551 W 21ST ST    NEW YORK, NY 10011
7999166    551 WEST 21ST CONDOMINIUM    551 W 21ST ST    NEW YORK, NY 10011
8005471    551 West 21 st Street Condominium    c/o Westerman Ball Ederer Miller Zucker,    1201 RXR Plaza   Uniondale, New York 11556   Attn.: Jay S. Hellman, Esq.
8005408    551 West 21st Street Condominium    c/o Westerman Ball Ederer Miller Zucker    1201 RXR Plaza,   Uniondale, New York 1155   Attn.: Jay S. Hellman, Esq.
7999167    A/R CONSULTING ENGINEER    530 YONKERS AVE STE 103    YONKERS, NY 10704
7999168    ADVANCED FACADE    13−75 REDFERN AVE    FAR ROCKAWAY, NY 11691
7999169    AHERN RENTALS    1333 RANDALL AVE    BRONX, NY 10474
7999170    ALBA SERVICES, INC.    240 W 52ND ST 4TH FLOOR    NEW YORK, NY 10019
7999171    ALPINE ENTERPRISES NY LTD.    4608 THIRD AVENUE    BROOKLYN, NY 11220
8018243    Advanced Facade Inc.    Moon & Associates, P.C.    60    United States    NEW YORK, NY 10165
7999172    BRW CONTRACTING INC.    2522 HUNT RD #4312    LAND O LAKES, FL 34638
8011040    BRW CONTRACTING, INC.    38 Wickes Avenue    Yonkers, New York 10701
8011215    BRW Contracting, Inc.    c/o Law Office of Thomas A. Farinella, P    260 Madison Avenue    New York, New York 1001
8011216    BRW Contracting, Inc.    c/o Thomas A. Farinella, P.C.    260 Madison Avenue    New York, New York 1001
7999173    CAULDWELL WINGATE CO., LLC    380 LEXINGTON AVENUE    52ND FLOOR    NEW YORK, NY 10168
7999174    CAULDWELL WINGATE COMPANY, LLC    38O LEXINGTON AVENUE    52ND FLOOR    NEW YORK, NY 10168
7999175    CONEDISON    850 12TH AVE    NEW YORK, NY 10019
7999787    CONSOLIDATED EDISON COMPANY OF NEW YORK INC    BANKRUPTCY GROUP − EAG    4 IRVING PLACE 9TH FLOOR    United States    NEW YORK, NY 10003
7999176    CRESCENT CONSULTING    2 STOWE RD # 3A    PEEKSKILL, NY 10566
8004331    Cauldwell Wingate Co., LLC    c/o INGRAM YUZEK GAINEN CARROLL, ETC.    150 East 42nd Street, 19th Floor    New York, New York 10017    Attn: Jennifer B. Zourigui, Esq.
8004330    Cauldwell Wingate Co., LLC    c/o INGRAM YUZEK GAINEN CARROLL, ETC.    150 East 42nd Street, 19th Floor    New York, New York 10017    Attn: Jessica L. Rothman, Esq.
7999177    D.N.A. CONTROLLED INSPECTIONS    135 W 29TH ST #601    NEW YORK, NY 10001
7999178    EMERALD MECHANICAL    70 LAFAYETTE ST 4TH FLOOR    NEW YORK, NY 10013
7999179    ESF INC.    55 LASALLE ST    STATEN ISLAND, NY 10303
8001794    Emerald Mechanical Solutions, Inc.    c/o Cermele & Wood LLP    2 Westchester Park Drive, Suite 110    White Plains, NY 10604
8018280    FIRST Insurance Funding    450 Skokie Blvd.    Suite 1000    Northbrook, IL 60062

| | | | | | |
|---|---|---|---|---|---|
| 7999825 | G−4 18190, LLC | c/o HERRICK, FEINSTEIN LLP | Stephen B. Selbst | Two Park Avenue | New York, NY 10016    Attn: Stephen B. Selbst, Esq. |
| 7999795 | G−4 18190, LLC | c/o Herrick, Feinstein LLP | Attn: Stephen B. Selbst | Two Park Avenue | New York, NY 10016 |
| 7999180 | G4 18190, LLC | 14 SKILLMAN STREET | ROSLYN, NY 11576 | | |
| 7999181 | GASTALDELLO SISTEMI S.P.A. | VIALE DELL'ARTIGIANATO16, 3706 | ZONA INDUSTRIALE MADONNA | UVA SECCA VR, ITALY | |
| 7999182 | GIBBONS P.C. | ONE PENNSYLVANIA PLAZA | 37TH FLOOR | NEW YORK, NY 10119 | |
| 7999183 | GILSANZ MURRAY STEFICEK | 129 W 27TH ST 5TH FLOOR | NEW YORK, NY 10001 | | |
| 7999184 | GORMAN JR FIRE ALARM CONSULTIN | C/O WALTER GORMAN | 135 W 29TH ST, SUITE 1005 | NEW YORK, NY 10001 | |
| 7999185 | HG STONES | 65 DAVIDS DR, HAUPPAUGE | HAUPPAUGE, NY 11788 | | |
| 7999186 | HIGH CONCRETE GROUP | 125 DENVER RD | DENVER, PA 17517 | | |
| 7999187 | HIGHER GROUND 541 LLC | C/O CIA GROUP | 41 MADISON AVENUE, 31ST FLOOR | NEW YORK, NY 10010 | |
| 7999188 | HIGHERGROUND 541, LLC | C/O CIA GROUP | 41 MADISON AVENUE, 31ST FLOOR | NEW YORK, NY 10010 | |
| 7999189 | HUDSON PAINTING | 2360 29TH ST | ASTORIA, NY 11105 | | |
| 8002485 | High Concrete Group, LLC | 125 Denver Road | Denver, PA 17517−9315 | | |
| 8002734 | High Concrete Group, LLC | c/o SAXTON & STUMP, LLC | 280 Granite Run Drive, Suite 300 | Lancaster, PA 17601    Attn: Barry A. Solodky, Esq. | |
| 8003010 | Higher Ground 541 LLC | c/o GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP | 125 Park Avenue, 12th Floor | New York, New York 10017    Attn: Kevin J. Nash, Esq. | |
| 7999190 | IM INSURANCE | 4403 13TH AVE | BROOKLYN, NY 11219 | | |
| 8017561 | IM Insurance Brokerage Inc | 4403 13th Avenue Ste2 | Brooklyn, NY 11219 | | |
| 8006454 | Internal Revenue Service | Post Office Box 7346 | Philadelphia, PA 19101−7346 | | |
| 7999191 | KM ASSOCIATES OF NY, INC. | 158 WEST 29 STREET | FL. 7 | NEW YORK, NY 10001 | |
| 8002879 | Kevin J. Nash, Esq. | Goldberg Weprin Finkel Goldstein LLP | Attorneys for Higher Ground 541 LLC | 125 Park Avenue, 12th Floor    New York, New York 10017 | |
| 7999192 | LILKER ASSOCIATES | 1001 6TH AVE #9 | NEW YORK, NY 10018 | | |
| 7999193 | LILKER ENERGY SOLUTIONS | 1001 6TH AVE #9 | NEW YORK, NY 10018 | | |
| 7999194 | LILKER LIGHTING GROUP | 1001 6TH AVE #9 | NEW YORK, NY 10018 | | |
| 8001681 | Liker Energy Solutions LLC | C/O Zisholtz & Zisholtz, LLP | 200 Garden City Plaza, Suite 408 | Garden City, New York 11530 | |
| 8001683 | Lilker Associates Consulting Engineers P.C. | c/o Zisholtz & Zisholtz, LLP | 200 Garden City Plaza, Suite 408 | Garden City, New York 11530 | |
| 8001687 | Lilker Energy Solutions, LLC | c/o Zisholtz & Zisholtz, LLP | 200 Garden City Plaza, Suite 408 | Garden City, New York 11530 | |
| 7999195 | MANCINI DUFFY | 275 7TH AVENUE | NEW YORK, NY 10001 | | |
| 7999196 | METRODIAL CORPORATION | 25 BETHPAGE RD | HICKSVILLE, NY 11801 | | |
| 8001793 | Michael R Wood | Cermele & Wood LLP | 2 Westchester Park Drive | Suite 110 | White Plains, NY 10604 |
| 7999197 | NEW YORK CITY DEP | 59−17 JUNCTION BOULEVARD | CORONA, NY 11368 | | |
| 8001684 | NYC Water Board | Andrew Rettig | Assistant Counsel | 59−17 Junction Blvd, 13th Floor | Elmhurst, NY 11373−5108 |
| 7999794 | NYS Department of Taxation & Finance | Bankruptcy Section | PO Box 5300 | Albany, NY 12205−0300 | |
| 8013539 | New York City Dept of Finance | Office of Legal Affairs | Collection Unit−RPT Taxes | 375 Pearl Street, 30th fl    New York, NY 10038 | |
| 7999198 | SMARTWORX | 707 E DAYTON ROAD | OTTAWA, IL 61350 | | |
| 7999199 | SPECTRUM | 400 WASHINGTON BLVD | STAMFORD, CT 06902 | | |
| 8017417 | The Board of Managers of the 551 West 21st Street | c/o Westerman Ball Ederer Miller Zucker | 1201 RXR Plaza, Uniondale, NY 11556    Attn.: Jay S. Hellman, Esq. | | |
| 7999200 | URBAN UMBRELLA | 20 HARRISON ST | NEW YORK, NY 10013 | | |
| 8009294 | United Electric Power | 270 Park Avenue | New Hyde Park, NY 11040 | | |

TOTAL: 69