## J. Ted Donovan

**Subject:**  541 west 21 Street

---

**From:** Scott Markowitz <SMarkowitz@tarterkrinsky.com>
**Date:** January 13, 2023 at 8:10:14 AM EST
**To:** Ray Cecora <ray@hgdevelop.com>
**Subject: Re: [EXT] Fwd: 541 west 21 Street**

Ok thank you .this is helpful

Get Outlook for iOS



**Scott Markowitz|Partner**
T: 212-216-8005|F: 212-216-8001
SMarkowitz@tarterkrinsky.com|Bio
Tarter Krinsky & Drogin LLP
1350 Broadway|New York|NY|10018
www.tarterkrinsky.com|LinkedIn

*Crain's 2022 best places to work in NYC*

---

**From:** Ray Cecora <ray@hgdevelop.com>
**Sent:** Friday, January 13, 2023 8:07:26 AM
**To:** Scott Markowitz <SMarkowitz@tarterkrinsky.com>
**Subject:** [EXT] Fwd: 541 west 21 Street

Hi Scott please see the below.

The information contained in the email I sent Peter, does not include money owed to Higher Ground 541 llc. A detailed breakdown of how much that is was shared with you yesterday.

Regards

Ray

Begin forwarded message:

> **From:** Ray Cecora <ray@hgdevelop.com>
> **Date:** January 13, 2023 at 7:51:09 AM EST
> **To:** Pete Cecora <pc@hgdevelop.com>
> **Subject: Re: 541 west 21 Street**

Hi Scott,

The amount owed to Cauldwell WAS $963k as of July... it has increased since then.

1

## J. Ted Donovan

| | |
|---|---|
| **From:** | Peter Cecora <peter@541w21.com> |
| **Sent:** | Friday, May 5, 2023 12:58 PM |
| **To:** | Kevin J. Nash |
| **Subject:** | Fwd: PC Weekly Update - 5/31 - 6/18 21 (3 Weeks) |

Begin forwarded message:

> **From:** Lazzar Bodek <lazzar@541w21.com>
> **Date:** June 24, 2021 at 7:26:37 AM EDT
> **To:** Peter Cecora <peter@541w21.com>
> **Cc:** Erno Bodek <victoriasales2@aol.com>, Rachel Bodek <rachelmazel@gmail.com>, Ray Cecora <ray@541w21.com>
> **Subject: Re: PC Weekly Update - 5/31 - 6/18 21 (3 Weeks)**
>
> Peter hi and thanks for the report
>
> I'll circle back with some questions via call or email
>
> I just don't wanna leave you hang dry on the Lefkowitz feed back..
>
> So yes they were very happy with your tour and impressed with what they saw
>
> Sorry for not giving feedback before we just didn't meet F2F yet just brief calls we're only meeting first time tonight since he came back ; but yes he was very happy!
>
> Whether they come back with a good deal for us or not is up to see but I won't be shocked if they come back looking for you or referring you, they're now keeping a close eye on stages and end-product outcome and have made inquiries about you.
>
> Issac is really connected and perhaps you'll benefit from it one day...
>
> We'll speak later
>
> Sent from my iPad
>
>
> > On Jun 22, 2021, at 10:48 PM, Peter Cecora <peter@541w21.com> wrote:
> >
> >
> > Hi Lazzar
> >
> > I hope all is well with you, lots of exciting progress to share below....
> >
> > - Alba is still on track to be complete with Phase 2 Facade Demolition by the end of this week. They are currently on the 2nd floor (where Erno's old office was). There is a

1

possibility they might fall into the early part of next week but that is OK given the overall picture. Once Alba is done with the Facade Demo, they will finish the 1st floor demo (area in between column 2/3 and 3/4) to lower the slab to sidewalk-level. That will be their last task before demobilizing.

- ALL of our mechanical equipment has been delivered onsite. We received our emergency generator and some misc mechanical equipment that is needed for our HVAC system. We also placed the boiler in its permanent location within the SE bulkhead on roof-level.

- After the Boiler was relocated to its permanent location, Mosha and his Iron workers installed the remaining pieces for the generator dunnage.

- With the Generator and Boiler in their permanent locations, we can now begin finalizing the boiler and life-safety scope. Both are important requirements for TCO.

- Tilework in all bathrooms is complete. That includes the 6th floor Mens/Ladies bathroom and the 3 individual bathrooms in the main bulkhead. Next steps for these bathrooms are: Install Plumbing Fixtures, Install Vanities, Install lighting fixtures, install toilet partitions (in 6th floor only)

- Radiators have begun being installed on the 4th and 5th floors. Overhead Hot-Air Heaters have also been installed on the 1st floor Retail space.

- SE Bulkhead (Boiler room) has 5 walls. 1 - Wall is made of Brick and Cinderblock, 2 - Walls are made of drywall/stucco, 1 - Wall is the front Panel, and ...we are building 1 - temporary wall so we can call for a boiler inspection prior to panel installation. So far, the Brick/CMU wall is complete and the other walls have begun installation. The final wall (Panel) is not expected until late Aug so we hope to get an approved boiler inspection prior to that date. Hence, the purpose of the temporary wall.

- Scaffolding was installed by the Stucco contractor all along our roof in preparation of Stucco Installation. There is currently a shortage of insulation so the stucco installation was delayed by 2 weeks. (No meaningful impact to our schedule). Similarly, our roofing contractor is also waiting on insulation to continue progress on the "Roofing" scope.

- Carpentry work in Stair A is mostly complete. I believe you commented on all the work in the stairs during your recent visit. Now every landing on Stair A has a Fire-Rated ceiling and shaft-wall to cover the ductwork that was previously exposed.

- Alba Steel has removed all the temporary bracing-steel that was installed for the Phase 1 demo/vertical program. Now that those floors have hardened concrete and new/steel, the shoring steel is no longer needed.

- Pre-Welded connections for the facade panels are about 80% complete. We will attempt to erect (3) panels later this week. I'll keep you updated on that progress.

- Electrical work is ongoing. They installed lighting components in the bathrooms, installed exit signs throughout the building, relocated old electrical panels etc.

Looking Ahead...

After Alba's time in the spotlight is over, we will begin the Phase 2 Vertical Program. This
will include:

 - New Foundation "Grade Beam" at sidewalk level where the new service entrance will
be.

 - Mosha will return to try and beat his old pace of erecting all the steel at 2 days per
floor.

 - Once Mosha has his Steel mostly erected, the concrete contractor comes back to pour
new floors (slabs). Concrete contractors will also cover Column 4 from cellar to 6th floor
just like they did for Columns 2 and 3.

 - Then, when the steel and concrete are complete... we're ready for the remainder of
the panels!

- Things required for TCO, other trades etc will be working simultaneously. After panels
are erected most of the other scopes should also be coming to a completion therefore
allowing us to submit for TCO inspections.

Lastly, circling up on the topic of relocating the Cooling Tower Control Room...

I have made progress and when I say that I mean... We have looked at many different
iterations but determined they wouldn't work for one reason or another. We are
currently at a scenario where we separate the equipment that was originally intended
to be in one room, to several rooms/locations. There will still be one room that will
likely be located on the roof (therefore taking away a SMALL portion of the roof space)
because it is a Chemical Treatment machine and if it was stored indoors, we would need
a fan + ductwork to remove the chemical vapors.

The other room that is related to the generator fits in a location that makes complete
sense. I showed this to Rachel and she agreed. Work on that room will likely begin at the
end of this week. (ATS Control Room)

As always, please let me know if you have any questions. I also encourage you to check
in on our shared album to see the progress photos.

Thanks
Peter

p.s. any feedback from your friend and his father? They were very nice, I hope they
enjoyed my tour.

--
Peter Cecora

541 West 21st Street
New York, NY 10011
Tel: 212-655-0552

CONFIDENTIALITY NOTICE: This e-mail contains information that is privileged and confidential and subject to legal
restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying,

## J. Ted Donovan

**From:**          Peter Cecora <peter@541w21.com>
**Sent:**          Friday, May 5, 2023 12:57 PM
**To:**            Kevin J. Nash
**Subject:**       Fwd: The new 541

Begin forwarded message:

> **From:** Lazzar Bodek <lazzar@541w21.com>
> **Date:** October 6, 2021 at 1:58:40 PM EDT
> **To:** Peter Cecora <peter@541w21.com>
> **Subject: Re: The new 541**

Glad to hear it! thanks

Looking forward on seeing you

On Mon, Oct 4, 2021 at 9:36 PM Peter Cecora <peter@541w21.com> wrote:
  Hi Lazzar

  Thanks for the kind words 🏷️

  FYI - our full SWO was lifted today. Back to work tomorrow morning

  See you soon
  Peter


  > On Sep 30, 2021, at 10:05 PM, Lazzar Bodek <lazzar@541w21.com> wrote:
  >
  > Peter the pics are stunning I can't stop looking at them
  >
  > It took me a min to realize that they are live pics and not the original renderings ... when not for the missing window I wouldn't have differentiated
  >
  > The blend between the new, modern facade right around the corner of the old brick (facing resnick) is also very interesting and it seems to me that any by-passer understands that this building has a story to tell
  >
  > Great job man !!!
  >
  > Sent from my iPad

1

## J. Ted Donovan

**From:** Pete Cecora <pc@hgdevelop.com>
**Sent:** Friday, May 5, 2023 2:54 PM
**To:** J. Ted Donovan
**Subject:** Bodek texts

Please let me know if you can download/read these. Kevin having difficulty downloading on his phone

























