


Shift Existing Cores

Reclaimed Light, Air and Views




Demo for New Windows
Demo for New Cores
Demo Original Cores
Demo Original Facade



New Cores
Infill Old Cores
New Facade Panels
New Windows
New Windows






