## J. Ted Donovan

**From:** Pete Cecora <pc@hgdevelop.com>
**Sent:** Friday, May 5, 2023 12:49 PM
**To:** Kevin J. Nash
**Subject:** Fwd: ***Bankruptcy Erbo; Neat Heat Cooperation Fwd: 541W21_URGENT: Freezing Risk

Begin forwarded message:

> **From:** Ray Cecora <ray@541w21.com>
> **Date:** May 1, 2023 at 11:31:05 PM EDT
> **To:** Peter Work Cell Cecora <pc@hgdevelop.com>
> **Subject: ***Bankruptcy Erbo; Neat Heat Cooperation Fwd: 541W21_URGENT: Freezing Risk**
>
> ---------- Forwarded message ---------
> From: **Ray Cecora** <ray@541w21.com>
> Date: Thu, Dec 1, 2022 at 12:34 PM
> Subject: Re: 541W21_URGENT: Freezing Risk
> To: Rachel Bodek <rachelmazel@gmail.com>
>
> Financial burdens to the project is not our responsibility. We are not an owner
>
> Our dma contract is in default and as such, we are no longer required to even update you of such matters but we continue to work for you bc I felt as though we were still a team but the recent lack of communication is begging to cause me great concern. I don't know why you/Erbo aren't picking up my calls.
>
> We are already owed $150k for money we advanced to trades from our personal savings due to the lack of funding. We have arranged funding via the lenders but you have not acted on obtaining such funds.
>
> We have not been paid a dollar for over 2yrs but still look out for the property and you. Please appreciate and acknowledge these facts.
>
> The cost to address the below is approx $12k.
>
> Please call me
>
>> On Dec 1, 2022, at 12:21 PM, Rachel Bodek <rachelmazel@gmail.com> wrote:

1



**Neat Heat Climate Control**
35 Alabama Avenue
Island Park New York 11558
U.S.A

# Invoice

# INV-8608

Balance Due
**$0.00**

Bill To
**ERBO  Higher Ground Development**
541 West 21st St
New York
 New York

Ship To
541 West 21st St
New York
 New York

| Invoice Date : | 12/06/2022 |
| Terms : | Net 30 |
| Due Date : | 01/05/2023 |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Seasonal Rental Package | 1.00 | 6,624.00 | 6,624.00 |
| 2 | Electric 18 KW Heater | 3.00 | 0.00 | 0.00 |
| 3 | 40' SOOW Cable | 2.00 | 0.00 | 0.00 |
| 4 | 90' SOOW Cable | 1.00 | 0.00 | 0.00 |
| 5 | Delivery/PU | 1.00 | 0.00 | 0.00 |

|   |   |
|---|---|
| Sub Total | 6,624.00 |
| New York City (8.875%) | 587.88 |
| **Total** | **$7,211.88** |
| Payment Made | (-) 7,211.88 |
| **Balance Due** | **$0.00** |

Invoice Payment Date - 12/06/2022

```
        NEAT HEAT CLIMATE CONTROL
             35 ALABAMA AVE
           ISLAND PARK, NY 11558
               516-431-5550

        NEAT HEAT CLIMATE CONTROL

     Date: 12/06/2022    09:32:20 AM

             CREDIT CARD SALE


  VISA
  CARD NUMBER:      **********5449 K

  TOTAL AMOUNT:        $7,211.88

  APPROVAL CD:       003209
  RECORD #:          000
  CLERK ID:          569715
  CUST CODE:         5449
  SALES TAX:         $587.88

              Thank you!


              Customer Copy
```

*pd inv #A608*



D

## NEAT HEAT EQUIPMENT DELIVERY ORDER

Date Delivered: 12/6/2022    Bill Of Lading # 12022022 D1

**Ship To:**
Peter Cecora
ERBO Higher Ground Development
541 West 21st Sreet
New York, New York
516-852-8564

*Kiernan 347-591-2398*

| Equipment | Model | | | Qty |
|---|---|---|---|---|
| Electric Heater | 18kw w Disco | | | 3 |
| 6/4 soow cable | 40' | | | 2 |
| 6/4 soow cable | 90' | | | 1 |

**By signing this ticket the following is understood by both parties:**
The rental equipment above has been received in good order. By approving the above delivery receipt and receiving the equipment as listed, the customer agrees to pay all rental charges as indicated in the Neat Heat Climate Control proposal to rent equipment. The customer understands that by accepting this equipment they are responsible to return equipment in the same condition, as it was received, less normal wear and tear. The customer will be responsible for repair or replacement costs as required to return the equipment to it's former condition or replace the equipment, if necessary. If customer does not pay all rental charges and or repair charges where applicable, in a timely manner, the customer will be responsible to pay all attorney costs and any filing fees that may be required to collect any outstanding debts on the account.

The customer is ultimately responsible to use the equipment in a safe and lawful manner, taking into consideration all local codes and proper use of the equipment as prescribed by that manufacturer. All permits, and registrations, if required are the customer's responsibility. All insurance is the customer's responsibility and as such, the customer is responsible to provide theft coverage for the full purchase price of the equipment. The customer further agrees to provide liability coverage and hold Neat Heat Climate Control harmless for any damage or injury caused by equipment delivered to the site.

Customer is solely responsible to continually check equipment and ensure that equipment does not leak water or fuel. Further, if the equipment is leaking, customer will shut it down immediately and call for service. In any case, the customer will hold Neat Heat Climate Control harmless for damage or injury from leaking equipment.

Signed: X _____    Date: 12/6/22
Print Name: KIRNAN HANRAHAN

Notes/Serial #'s/Other Equipment Delivered: