# EXHIBIT A

## PLAN OF REORGANIZATION

[SEE ECF DKT. NO. 85]