23-10210-lgb    Doc 86-2    Filed 05/15/23    Entered 05/15/23 16:27:34    Exhibit B
Pg 1 of 2

**EXHIBIT B**

**ERBO PROPERTIES LLC, ET AL.**
Debtors-in-Possession
Estimated Realizable Value Upon Liquidation
July 2023

|  | | **Estimated Liquidation Value** |
|---|---|---|
| **CURRENT ASSETS** | | |
| Real Property | $ | $55,000,000.00[1] |
| Cash | $ | 0.00 |
| Claims against various parties | $ | unknown |
| **TOTAL ASSETS** | $ | 55,000,000.00[2] |
| **LIABILITIES** | | |
|    **Secured Claims** | | |
|       G-4 | $ | 56,000,000.00 |
|       SME | $ | 7,000,000.00 |
|       NYC (Real Estate Taxes) | $ | 820,000.00 |
|       Mechanics Liens | $ | 500,000.00 |
| **Total Secured Claims** | $ | **64,320,000.00** |
| **Estimated Chapter 11 Administrative Expense Claims** | | |
|       Trustee and Other Chapter 11 Administrative Costs | $ | 200,000.00 |
| **Estimated Chapter 11 Administrative Expense Claims** | | |
|       Debtors' Counsel Professional Fees | $ | 200,000.00 |
| Total Claims to be Paid Before Payments to Unsecured Creditors | $ | **63,720,000.00** |
| Total Proceeds Available to Pay Unsecured Claims | $ | 0.00 |

---

[1] This is based upon selling the Property in the current market "as is, where is" without the TCO.
[2] Exclusive of Claims against third-parties.