# American Environmental Energy, Inc. (AEEI)

Monday, June 26, 2023

From: American Environmental Energy, Inc., an important interest party involved in the Property at 541 West 21st Street, New York, NY 10011

To:
Hon. Lisa G. Beckerman, United States Bankruptcy Court Southern District of New York by phone call at (212) 668-2304 and send this Opposition letter in person and via mail at beckerman.chambers@nysb.uscourts.gov;

Cc:
1. Mr. David G. Moss of Duane Morris via mail at DGMoss@duanemorris.com and phone call at (212) 692-1012;
2. Mr. Erno Bodek, the representative of the Seller ERBO Properties LLC, and Mr. Hershel Klein, Erno Bodek's son in law by emails;
3. Mr. Scott S. Marlpwitz, Tarter Krinsky Y Drogin LLP via email at smarkowitz@tarterkrinsky.com and phone call at (212) 216-8005;
4. Mr. Emerich Kessler, Lic. Assoc. Real Estate Broker, NestSeekers by email;
5. Zizhao Yu, Director, CEO of American Environmental Energy, Inc.;
6. Scott D. Marchant, Director, General Counsel, and Secretary of BOD, American Environmental Energy, Inc.;
7. Edward G. Schneider III, CFO of American Environmental Energy, Inc.

## Opposition to UCC Public Sale Notice

## about a property at 541 West 21st Street, New York, NY 10011

Hon. Lisa G. Beckerman,

It is a great honor for me to have the opportunity to write to you. This afternoon, the CEO of our company and I went to UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK, but the guard told us that we could not talk to the judge. Your Courtroom Deputy Mrs. Chantel Barrett told us to send email. As described in the third attachment of this email, on the basis of our research on this building since the end of 2017, we have a vision to convert the building at 541 West, 21st Street, New York, NY 10011 into a green, organic, low-carbon, healthy and safe condominium units. Our plan is to transform it into the city's exemplary new residential building that is suitable for the environmental-friendly, elderly and large families to cope with the climate changes, in compliance with the planning of LL97 of New York City, .

We signed the purchase contract of the property with the seller Erno Bodek.

**First, we object to the Public Sale of the Property before September 28, 2023. If the Property is sold to any third party before September 28, 2023, the interests of**

1

## American Environmental Energy, Inc. (AEEI)

**our company will be seriously hurt. Our building conversion planning anticipated a sales income of TWO HUNDRED MILLION USD ($200,000,000) from the project. Again, please stop this Public Sale until September 29, 2023. Thank you.**

As an interest related party, we were invited to attend the eCourt Appearances by United States Bankruptcy Court Southern District of New York. See below.



We attended the hearing held by the Court. See the screenshot below:



We knew the news two weeks ago -- an **UCC Public Sale Notice** about a property at 541 West 21st Street, New York, NY 10011 (hereinafter referred to as the "**Property**") was signed by David G. Moss of Duane Morris on June 7, 2023. Since my company has signed a **Contract Extension Agreement** with Mr. Erno Bodek, the representative of the Seller ERBO Properties LLC on May 23, 2023, and the Agreement has been extended until September 28, 2023. So, we object to the public sale of the property of 541 West 21st Street, New York, NY 10011.

We signed the **Option to Purchase Property** agreement on December 22, 2022 and extended the closing date to September 28, 2023 (hereinafter referred to as the "**Contract**"). This Contract is subject to the jurisdiction of The State of New York. The reason for the delay of the transaction is partially the international political and economic climate and the COVID-19 pandemic. Now we are making our best efforts to solve the closing problem.

# American Environmental Energy, Inc. (AEEI)

My company is a public company that has more than 500 shareholders. Among them, 90% are US residents. It is in the process to activate the stock with the symbol AEEI in order to trade normally on the OTC Market. We have the vision to uplist the stock to NASDAQ, and this Property will be a key part of AEEI. Our Board of Directors made a resolution to purchase the Property in 2018. We began our investigation of that community the Property sits in since December 8, 2017. We have the confidence to serve the community better.

We insist on finalizing the Contract and close the transaction by September 28, 2023. I would like to discuss the solution with the creditors and the judge of the bankruptcy court. Please let me know when you are available.

**AGAIN, WE OBJECT TO THE PUBLIC SALE OF THE PROPERTY BEFORE SEPTEMBER 28, 2023. IF THE PROPERTY IS SOLD TO ANY THIRD PARTY BEFORE SEPTEMBER 28, 2023, THE INTERESTS OF OUR COMPANY WILL BE SERIOUSLY HURT. PLEASE STOP THIS PUBLIC SALE UNTIL SEPTEMBER 28, 2023.**

I aspire to your invaluable advice. If there is any information, please don't hesitate to inform me via email at wenyi.yu@1aeei.com or text me at (646) 671-2678.

Ps: The **third attachment** attached in the email about an **Organic Condominium Conceptual Planning** is the intellectual property of Dr. Wenyi Yu.

Thank you.

Best regards.

Wenyi Yu, Ph.D., President
Company: American Environmental Energy, Inc. (symbol: AEEI)
Office: 637 Oceanside Avenue, Staten Island, NY 10005
Cell: (646) 671-2678
Email: wenyi.yu@1aeei.com
Website: http://www.1aeei.com