# 541 West 21st Street, New York, NY 10011

## Organic Condominium building Conceptual Planning & Value



**American Environmental Energy, Inc.**

Our research began on December 8, 2017.

Her tranquility, rarity, uniqueness, secutiry, and coordinates as the most expensive residential area are especially respected, worthy of being designed as an iconic memory of the new era of the world's top metropolis and a major event in the history of Manhattan's urban development.

# NYC

〖"The boroughs are home to no fewer than 340,000 millionaires, 724 centi-millionaires (meaning those worth north of $100 million) and 58 billionaires."
Hannah Frishberg: NYC has 340K millionaires, is world's wealthiest city: Report, New York Post, April 20, 2023,
https://nypost.com/2023/04/20/nyc-is-the-worlds-wealthiest-city-report/

〖Billionaire families are large, and new demands are finding opportunities every day.

〖New billionaires keep coming — Manhattan has NYSE and the Nasdaq — the world's two largest stock exchanges by market cap.

〖Billionaires around the world are continuing to migrate to New York — Manhattan has some of the world's most exclusive residential streets — Fifth Avenue and Billionaires'Row.

〖Billionaires make more billionaires and celebrities.

〖But we only have 7 Condominiums worth $30 million for them…

# Low Carbon Billionaires worldwide

【Globally, Forbes counted 2,640 ten-figure fortunes

https://www.forbes.com/billionaires/

【Billionaires are the representatives of climate and environmental protection:
Elon Musk. $180 B. Tesla, SpaceX.
Jeff Bezos. $114 B. Amazon.
Larry Ellison. $107 B. Oracle.
Warren Buffett. $106 B. Berkshire Hathaway.
Bill Gates. $104 B. Microsoft.
Michael Bloomberg. $94.5 B. Bloomberg LP.
Carlos Slim Helu & family. $93 B. Telecom.
Mukesh Ambani. $83.4 B. Diversified.
...

【But we only have 7 Condos for them...

# Conversion Planning



Our condominum conversion planning begins with a 8-story building, which was already renovated like this as of June 11, 2023

# 【Condo for sale】

| Condo 8 | 7,125 sf | 5 bedrooms | 8th floor |
| Condo 7 | 7,125 sf | 5 bedrooms | 7th floor |
| Condo 6 | 7,125 sf | 5 bedrooms | 6th floor |
| Condo 5 | 7,125 sf | 5 bedrooms | 5th floor |
| Condo 4 | 7,125 sf | 5 bedrooms | 4th floor |
| Condo 3 | 7,125 sf | 5 bedrooms | 3rd floor |
| Condo 2 | 7,125 sf | 4 bedrooms | 2nd floor |



# 【Condo planning】

1. 7 Condos in total;
2. from 2nd to 8th floors, each floor is a condo;
3. Condo Size: 7,125 sf (75 feet×95 feet);
4. quality: top grade, spacious, luxury, low carbon, organic.

# 【Planning philosophy】

## Healthy, Safe, Spacious, Electric drive and the Greenest

【A template for an organic condominium building
【A most healthy building that inhales fresh, clean, sterilized, healthy airs
【A buildng with super noise control system
【Gorgeours, a flower and organic world
【Renewable energy powered, meet LL97 standard, will not out of date through 2050
【Spacious, One Condominium One Floor (7,100 sf per floor), 7 Condos for 7 Floors
【a safest building with the high-definition monitoring system and emergency office
【Sufficient lighting. hudson river landscape

# 【New technologies to be introduced in the Organic Residential Building】

| No | Category | Purpose | Technology/instruments/devices | Space to be applied |
|---|---|---|---|---|
| 1 | Noise absorption | 1.minimize outdoor noise;<br>2.provide satisfied quite condition for residents | noise control system | all spaces in the building |
| 2 | Renewable energy | 1.meet NYC LL97 standard;<br>2.partial building energy independency | renewable energy and energy management system | roof, 1st floor |
| 3 | Energy storage | 1.cutting energy bills;<br>2.in case of emergency | battery energy storage system, containers; energy efficiency | BESS on roof<br>high leakproofness for all spaces |
| 4 | organic micro-environment | cultivating organic micro-environment for residents in the building | potted flowers and plants technology on walls and ceilings indoor | grounds, walls and ceilings of 1st floor, roof and all floors |
| 5 | Fresh air and air sterilization | maximizing fresh air and air sterilization for the entire space of the building, creating the cleanest and most healthy apartment in NYC | Air health management system I:<br>High-performance fresh air system + super air bacteria/ virus filtration/sterilization device | basement, HVAC for all space of the building |
| 6 | HVAC, GHG | green house gas capture, minimize emmisions | Air health management system II | all space of the building |
| 7 | Emergency service | in response to any emergency of the residents 7/24 hours | Building Service Office room | basement |
| 8 | car conveyor and parking | 3 parking spaces for each floor, 1-8 floor<br>1 double deck for 2 cars<br>1 space for SUV | Automatic parking system<br>Checking point; Automatic<br>car conveyor, car-rotating  Elevator, deck-parking garage | 1st floor: car conveyor;<br>all floors, garage |
| 9 | Handicapped | make all space available for disabled | Handicapped accessing system | all space |
| 10 | Environmental protection | in response to environmental and weather changes, protect residents healthy and outdoor exercises | Weather, IQ air LED;<br>create transparent air reports: indoor air dynamic monitoring and displaying | on elevators, roof cafe, and public space |
| 11 | Kitchen waste | convenience of waste processing | Kitchen waste processing system | all ketchens in the building |
| 12 | First aid | rescue cardiac arrest patients | medical alerting system,<br>defibrillators, | elevators, swimming poor, event space, all common spaces |
| 13 | CCTV | promote the security for the residents | AI high-definition dynamic monitoring and identification system | exterior walls, elevators, roof, 1sf floor, emergency exit stairs |

Featured building management

# "541 Building Condo Management Corporation" &
# "Carbon Footprint Committee"

| 541 Building **Condo Management Corporation** (541 Corp) Developer to establish, raise funds and invest; invites experts and households/tenants to join board and committees. | **Condo Board** decision maker | **Carbon Footprint Committee** | building green power and energy storage: resident/tenant selection and LC life & LL97 education/training; EV; low carbon consumption; maintenance and finish materials; kitchen waste; data monitoring, reporting and sharing |
|---|---|---|---|
| | | **Health Committee** | air quality, health, elderly, handicapped, medical emergency |
| | | **Green and Arts Committee** | 1st FL Garden, interior landscaping, culture and arts |
| | | **Swimming pool Committee** | swimming pool and fitness |
| | | **Safety Committee** | security, CCTV, elevator, fire |
| | | **Car Committee** | EV, car elevator & family garage |
| | | **LC Materials Committee** | building maintenance & interior finish |
| | | **Food Committee** | Roof Cafe, food , takeaway management |
| | | **Basement Management Committee** | shared basement event space, commercial office |
| | | **Social Committee** | traffic Assistance, party schedule, media, PR |
| | | **Finance Committee** | finance and Green Foundation |
| | | **Law Committee** | violation, enforcement, and litigation |



【exhale】
**direct green house
gas capture (DAC)**





【Inhale】
**air ultrafiltration
air super sterilization**

Air health management
system Planning



security camera

21st
Street

CCTV & Building
Security Office

## 【Security camera】
## Dome AI camera

1. Direct Drive technology enables objects to be tracked quickly and easily with low latency in all conditions.
2. See a 360-degree view with crucial details in bright and dark areas. For select IP PTZ security cameras, get detailed images up to 656 ft away and view 30° above the horizon.
3. Select PTZ outdoor cameras are IP66/67 and IK10 rated for weather and vandal resistance. Operates in temperatures from -40°F to 149°F.
4. IP PTZ cameras are designed to work in all lighting and weather conditions with 4k or 1080p resolution for clarity.

AI CCTV Planning



CCTV &
Building
Security
Office
18 feet×
17 feet

High-
performance
fresh
air
system +
super air
bacteria/
virus
filtration/
sterilization
device

Building
Service
Office
room
35 feet×
9 feet

Event/commercial space to
be shared by all residents
1665 sf (45 feet×37 feet)
capacity: 100 persons
charge free

【Basement】

# Healthy, Safe, and Charge free space

1. Event/commercial space to be shared by all residents, charge free. Size: 45 feet×237 feet; capacity: 100;
2. High-performance fresh air system + super air bacteria/ virus filtration/sterilization device
3. CCTV & Building security room. Size: 18 feet×17 feet
4. Building Service Office room. 7/24 hours in response to any emergency. Size: 35 feet×9 feet;
5. noise control device;
6. handicapped facilities.

Healthy
safe
Spacious
service
Planning



**【1st Floor】**
Automatic parking system design:
3 parking spaces, 1-8 floor
1 double deck for 2 cars
1 space for SUV

1st floor automatic car conveyor, parking elevator and garage planning

21st Street

541 west 21st Street apartment

Pedestrian

entrance

22 feet

15 feet

Garage
Capacity: 3 cars
Left: double deck
Right: SUV
Size: 15 feet×22 feet

SUV

Automatic car rotating Elevator

Size:
18 feet×18 feet

18 feet

conveyor

car conveyor

Automatic parking system Checking point

18 feet

13 feet



**Garage**
15 feet×22 feet
Capacity: 3 cars
Left: double deck
Right: SUV

**Automatic car rotating Elevator**
Size:
18 feet×18 feet

**shower room**

**Front desk**

42 feet

22 feet

Swimming Pool
42 feet×22 feet

rest area

**Disabled access**

**Stairs**

conveyor

car conveyor

acoustic barrier

Pedestrian

entrance

541 west 21st Street apartment

13 feet

21st Street

【1st Floor】
Organic ecology
1. swimming pool
(42 feet×22 feet)
2. potted fresh flowers
3. photovoltaic glasses doors

Organic Econogy Planning



【1st Floor】
Organic ecology
flowers on the ceiling, interior walls of 3 sides, and floor

ceiling

17 feet

basement

Flower Building Planning



photovoltaic glass doors

photovoltaic glass roof walls of 4 sides

【1st Floor+ Roof】
Renewable energy
power generation by photovoltaic glasses

【2nd Floor】
## 4-bedrooms Condo

1. by the windows: 4 bedrooms, each with a shower and a lavatory
2. fitness room
3. big kitchen and dining room
4. library/reception room;
5. center: flower space
6. car elevator
7. 3-car garage

**Condo unit Planning**

**21st Street**

Automatic car rotating Elevator Size: 18 feet×18 feet

elevator 1

elevator 2

kitchen
20 feet×9 feet

dining room
40 feet×15 feet

bedroom
35 feet×18 feet

bedroom
35 feet×15 feet

Library/reception room
30 feet×15 feet

flower space
20 feet×15 feet

bedroom
35 feet×15 feet

business office
18 feet×17 feet

fitness
35 feet×17 feet

master bedroom
35 feet×17 feet

【3rd-8th Floor】

## 5-bedrooms Condo

1. by the windows: 5 bedrooms, each with a shower and a lavatory
2. fitness room
3. big kitchen and dining room
4. library/reception room;
5. center: flower space
6. car elevator
7. 3-car garage

Condo unit  Planning

21st Street

elevator 1

elevator 2

Library/reception room
35 feet×18 feet

Automatic car rotating Elevator
Size:
18 feet×18 feet

SUV

kitchen
20 feet×9 feet

dining room
40 feet×15 feet

fitness room
35 feet×15 feet

bedroom
30 feet×15 feet

flower space
20 feet×15 feet

bedroom
35 feet×15 feet

bedroom
18 feet×17 feet

bedroom
35 feet×17 feet

master bedroom
35 feet×17 feet



【Roof planning】
Roof cafe: 3,000 sf



Roof Solar
Size:
75sf×95sf

Battery Energy Storage System, BESS

We present potted fresh flowers monthly charge free to all families in the building

【NYC Greenest Apartment planning】

Renewable Energy, Energy Storage, and Energy Management System Design

1. meet NYC LL97 requirements. No fossil fuels. Good through 2050;
2. Assume total power consumption=400,000 KWh/y;
3. Power by roof solar =70,000 KWh/year
4. BESS 6kW/36kWh installation;
5. EMS installation;
6. Potted plants in public space;
7. Double-layered glass windows
8. Exterior walls reinforcement, no air leakage, keep constant temperature indoor
9. Weather, IQ air LED on elevator;
10. photovoltaic glasses

Value

https://www.compass.com/listing/551-west-
21st-street-unit-14a-manhattan-ny-
10011/1059518267768969257/

551-west-21st-street-unit-14a-conceptual Planning and Value

# 551 West 21st Street, Unit 14A
551 W 21st St
Chelsea, Manhattan, NY 10011

| | | | |
|---|---|---|---|
| $16,500,000 | 5 | 5 | 4,271 Sq. Ft. |
| Price | Beds | Baths | $3,863 / Sq. Ft. |
| | | 1 1/2 Bath | |



LISTING UPDATED: 03/10/2023 09:01 AM

| | |
|---|---|
| Status | Active |
| Days on Market | 292 |
| Taxes | $7,880 / month |
| Common Charges | $9,481 / month |
| Min. Down Pymt | - |
| Total Rooms | 8.0 |
| Compass Type | Condo |
| MLS Type | - |
| Year Built | 2015 |
| County | New York County |

【Condo price】
the building next to us

44 Units | 19 Stories | Built in 2015

## Listing Agent



Leonard Steinberg
Compass
ls@compass.com
P: 917.385.0565

# 【541 W 21st St Property Value and Anticipated Sales Income】

## 7 unites for sale, value=total sales income anticipated = $205,200,000

| No | Floor | Condo | Common area | Size (sf) | Bed rooms | Sales price ($/sf) | Sales income anticipated ($) |
|----|-------|-------|-------------|-----------|-----------|--------------------|------------------------------|
| 1 | 8th | Condo 8 | No | 7,125 | 5 | 4,900 | 34,912,500 |
| 2 | 7th | Condo 7 | No | 7,125 | 5 | 4,600 | 32,775,000 |
| 3 | 6th | Condo 6 | No | 7,125 | 5 | 4,200 | 29,925,000 |
| 4 | 5th | Condo 5 | No | 7,125 | 5 | 4,000 | 28.500,000 |
| 5 | 4th | Condo 4 | No | 7,125 | 5 | 3,800 | 27,075,000 |
| 6 | 3rd | Condo 3 | No | 7,125 | 5 | 3,700 | 26,362,500 |
| 7 | 2nd | Condo 2 | No | 7,125 | 4 | 3,600 | 25,650,000 |
| 8 | 1st | 1. Swimming pool; 2. indoor garden; 3. car conveyor 4. lobby | Yes | 7,125 | 0 | charge free | 0 |
| 9 | base-ment | 1. shared event/commercial space; 2. Security office; 3. Service & Emergency office | Yes | 3,000 | 0 | charge free | 0 |
| Total | | 7 units | | | | | 205,200,000 |

# 【541 W 21st St Property Input and Output Analysis】

## EBITDA anticipated=$80,200,000; net profit before tax anticipated = $73,900,000

| Item | Note | Amount |
|---|---|---|
| Investment: purchase price ($)+closing costs | | 80,000,000 |
| Investment: conversion costs ($) | | 22,000,000 |
| Investment: marketing ($) & sales incentives | | 20,000,000 |
| Investment: project management ($) | | 3,000,000 |
| Investment: loan interests ($) | loan amout: $70,000,000; interest 9%; 1 year | 6,300,000 |
| Equity investment ($) | 61,300,000, immediately after purchase of the property | |
| Total investment ($) | | 131,300,000 |
| Sales income anticipated ($) | | 205,200,000 |
| EBITDA ($) | | 80,200,000 |
| Net profit before tax ($) | | 73,900,000 |
| Return of investment (%) | | 56.28 |
| payback period (months) | | 18 |



Contact:
wenyi.yu@1aeei.com
cei@1aeei.com