

# RAPHAEL Z. GROSSMAN
## CERTIFIED PUBLIC ACCOUNTANT

5/17/2023

To Whom it may concern,

This letter is to confirm the following.

I am the current CPA for Magnolia Ridge Development Located in Magnolia TX

Hershel Klein Residing at 260 Hewes St Brooklyn NY 11211 owns more than 51% of the shares of Magnolia Ridge Development and is the Sole Manager of this company.

Magnolia Ridge is capable of loaning 10 million dollars to facilitate the closing of 541 West 21 St, NY NY if it wishes to do so.

This letter is not a commitment of a loan or any other financial transaction.

Please feel free to reach out to me with any further questions.

Best regards,

Raphael Grossman

1189 EAST 9TH STREET
BROOKLYN, NY 11230
TEL: 718.758.9424 EMAIL: RPHGROSSMAN@YAHOO.COM