**American Environmental Energy, Inc. (AEEI)**

## Contract Extension Agreement

This **OPTION TO PURCHASE PROPERTY** at 541 West 21st Street, New York, NY 10011 agreement has been extended until September 28, 2023 (the Closing date).

The original **OPTION TO PURCHASE PROPERTY** agreement was signed between American Environmental Energy, Inc. (AEEI) and ERBO Properties LLC. on November 22, 2022.

【Signature】

**Purchaser:** American Environmental Energy, Inc. (AEEI)
Representative signature: *Wenyi Yu* ;
Printed Name: Dr. Wenyi Yu
Title: President
E-mail: wenyi.yu@1aeei.com
Phone number: (646) 671-2678
Date: May 23, 2023

**Seller:** ERBO Properties LLC.
Representative signature: _____ ;
Printed Name: Enro Bodek
Title: 
E-mail: victoriasales2@aol.com
Phone number: (917) 774-3394
Date: May 23, 2023