**TARTER KRINSKY & DROGIN LLP**
*Attorneys for ERBO Properties LLC, KOVA 521, LLC and Gold Mezz LLC*
*Debtors and Debtors-in-Possession*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.
Alex Spizz, Esq.
Rocco A. Cavaliere, Esq.
Jill Makower, Esq.
smarkowitz@tarterkrinsky.com
aspizz@tarterkrinsky.com
rcavaliere@tarterkrinsky.com
jmakower@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                            :
                                                  :   Chapter 11
ERBO PROPERTIES LLC, et al.[1]                    :
                                                  :   Case No.: 23-10210 (LGB)
                    Debtors.                      :   (Jointly Administered)
------------------------------------------------------------x

## DEBTORS' WITNESS LIST AND NOTICE OF
## INTENT TO RELY UPON NEWMARK APPRAISAL

In accordance with paragraph 1 of the Order dated June 28, 2023 [ECF No. 110], the Debtors do not intend to submit their own appraisal and rely upon the Newmark Valuation & Advisory LLC appraisal. The Debtors intend to call the following witnesses at the July 12, 2023 hearing on approval of any amended disclosure statement:

1.   Hershel Klein.

2.   Morris Meisels.

---

[1] The Debtors are ERBO Properties LLC (EIN x9179), Case No.: 23-10210, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211; KOVA 521, LLC (EIN x9972), Case No.: 23-10211, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211; and Gold Mezz LLC (EIN x4741), Case No.: 23-10212, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211.

3. Sam Jacobs.

4. Henry Weiss.

Dated: New York, New York
June 30, 2023

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Erbo Properties LLC, Kova 521, LLC and Gold Mezz LLC*
*Debtors and Debtors-in-Possession*

By: /s/ Scott S. Markowitz
Scott S. Markowitz, Esq.
Alex Spizz, Esq.
Rocco A. Cavaliere, Esq.
Jill Makower, esq.
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
smarkowitz@tarterkrinsky.com
aspizz@tarterkrinsky.com
rcavaliere@tarterkrinsky.com
jmakower@tarterkrinsky.com