```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
```

In Re:                                           Chapter 11

ERBO PROPERTIES LLC, *et al.*                    Case No. 23-10210 (LGB)

                Debtors.         (Jointly Administered)

```
-----------------------------------------------------------X
```

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Hershel Klein, interested party, and requests, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), that copies of all notices and pleadings be served upon the undersigned at the following address:

NORRIS McLAUGHLIN, P.A.
7 Times Square, 21st Floor
New York, NY 10036
Attention:  Melissa A. Peña, Esq.
Telephone:  917-369-8847
Email:  mapena@norris-law.com

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the parties in interest (1) to have final orders in non-core matters entered only after de novo review by a United States District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to have documents served in accordance with Bankruptcy Rule 7004 and Federal Rule of Civil Procedure 4, or to any rights, claims, actions and defenses, are expressly reserved.

NORRIS McLAUGHLIN, P.A.
*Attorneys for Hershel Klein, Interested Party*

Dated: New York, New York
      July 6, 2023

By: */s/ Melissa A. Peña*
7 Times Square – 21st Floor
New York, New York 10036
(212) 808-0700
(212) 808-0844 (fax)
mapena@norris-law.com