# LAW OFFICES OF ISAAC NUTOVIC
## ATTORNEYS AT LAW
### 261 MADISON AVENUE
### 26TH FLOOR
### NEW YORK, NEW YORK 10016

**Telephone (917) 922-7963**
**E-mail:  INutovic@Nutovic.com**

July 7, 2023

VIA EMAIL

Honorable Lisa G. Beckerman
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Rm. 623
New York, NY 10004-1408

Re: Erbo Properties LLC et al (the "Debtors")
Case No. 23-10210

Dear Judge Beckerman:

I am proposed substitute counsel to the Debtors.

I attach a Notice of Voluntary Dismissal of the removed case which was started in state court this week. The document was filed this morning.

Sincerely,

/s/*Isaac Nutovic*
Isaac Nutovic

cc:  M.S. Bauer

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERBO PROPERTIES LLC, KOVA 521 LLC, GOLD MEZZ LLC, LAZAR BODEK, ERNO BODEK, and RACHEL BODEK,<br><br>                Plaintiffs,<br><br>v.<br><br>541 W 21 SME LLC,<br><br>                Defendant. | Civil Action No.: 1:23-cv-05174<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

      **PLEASE TAKE NOTICE** that Plaintiffs Erbo Properties LLC ("Erbo"), Kova 521 LLC ("Kova"), Gold Mezz LLC ("Gold"), Lazar Bodek, Erno Bodek, and Rachel Bodek (collectively, the "Plaintiffs"), by and through their attorneys **THE ROSENFIELD LAW OFFICE**, hereby withdraw and voluntarily dismiss their complaint against Defendant 541 W 21 SME LLC ("Defendant"), without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Dated: New York, New York
      July 6, 2023

                                  **THE ROSENFIELD LAW OFFICE**
                                  *Attorneys for Plaintiffs*

                                BY:     */s/  Avinoam Y. Rosenfield*
                                        Avinoam Y. Rosenfield, Esq.
                                        THE ROSENFIELD LAW OFFICE
                                        156 Harborview South
                                        Lawrence, NY 11559
                                        Tel. (516) 547-1717
                                        E-mail: aviyrosenfeld@aol.com
                                        *Counsel for Plaintiffs*