# LAW OFFICES OF ISAAC NUTOVIC
## ATTORNEYS AT LAW
**261 MADISON AVENUE**
**26TH FLOOR**
**NEW YORK, NEW YORK 10016**

**Telephone (917) 922-7963**
**E-mail:  INutovic@Nutovic.com**

July 11, 2023

VIA EMAIL

Honorable Lisa G. Beckerman
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Rm. 623
New York, NY 10004-1408

                          Re: Erbo Properties LLC et al (the "Debtors")
                          Case No. 23-10210

Dear Judge Beckerman:

      I am proposed substitute counsel to the Debtors.

      With reference to tomorrow's hearing on the Debtors' application for an extension of time I enclose email confirmation that Mr. Klein has deposited in escrow $5 million in the attorney escrow account of Treff & Lowy PLLC under terms of an escrow agreement, also enclosed.

                                      Sincerely,

                                      /s/*Isaac Nutovic*
                                        Isaac Nutovic

cc: All Counsel