## inutovic@nutovic.com

**To:** inutovic@nutovic.com
**Subject:** erbo properties

---

**From:** Abraham Lowy <abe@trefflowy.com>
**Sent:** Tuesday, July 11, 2023 5:54 PM
**To:** inutovic@nutovic.com
**Cc:** Hershel Klein <h9172047835@gmail.com>
**Subject:** RE: erbo properties

This email shall confirm that I received $5,000,000 today which I will hold in escrow pursuant to the Escrow Agreement between my firm and Mr. Klein.

Do you need a more formal letter?