| | |
|---|---|
| **From:** | Wenyi Yu |
| **To:** | NYSBml_Beckerman"s_Chambers; Chantel Barrett; Tyler Talton |
| **Cc:** | scott@marchantlaw.com; Hershel Klein; Zizhao Yu; victoriasales; Ed Schneider |
| **Subject:** | Re: Ask for Judge"s help |
| **Date:** | Tuesday, July 11, 2023 3:15:21 PM |
| **Attachments:** | To Judge Current Status of the Property.pdf |

**CAUTION - EXTERNAL:**

Tuesday, July 11, 2023

Bankruptcy case: Erno Bodek, 541 West 21st Street, New York, NY 10011

From the purchaser American Environmental Energy, Inc.

To the great Judge Hon. Lisa G. Beckerman.

## Current Status of the Property

Dear Hon. Lisa G. Beckerman,

    Can you tell me the current status of the property at 541 West 21st Street, New York, NY 10011? Who is the owner of the property now? Is Mr. Erno Bodek of BRBO Properties LLC remains its owner?

    I still keep the loan commitment for the purchase of the property. I can try to find the co-investor in NYC in a month. At present, what can I do? If there is a transaction, shall the information be submitted to you first?

    Thank you for your help and for releasing the updated information.

Wenyi Yu, Ph.D., President
Company: American Environmental Energy, Inc. (symbol: AEEI)

Office: 14 Wall Street, 20th Floor, New York, NY 10005
Cell: (646) 671-2678
Email: wenyi.yu@1aeei.com
Website: http://www.1aeei.com

---

**From:** Wenyi Yu
**Sent:** Thursday, July 6, 2023 11:13 AM
**To:** beckerman.chambers@nysb.uscourts.gov <beckerman.chambers@nysb.uscourts.gov>; Chantel Barrett <Chantel_Barrett@nysb.uscourts.gov>; Tyler Talton <Tyler_Talton@nysb.uscourts.gov>
**Cc:** Max Belinsky <mbelinsky@sme-capital.com>; Eran Silverberg <esilverberg@sme-capital.com>; Scott Markowitz <SMarkowitz@tarterkrinsky.com>; scott@marchantlaw.com <scott@marchantlaw.com>; Hershel Klein <hklein@flexo-craft.com>; Zizhao Yu <cei@1aeei.com>; victoriasales <victoriasales2@aol.com>; Ed Schneider <e3333s@gmail.com>
**Subject:** Ask for Judge's help

July 6, 2023

Bankruptcy case: Erno Bodek, 541 West 21st Street, New York, NY 10011

From the purchaser American Environmental Energy, Inc.

To the great Judge Hon. Lisa G. Beckerman.

## Ask for Hon. Lisa G. Beckerman's Help

Dear Hon. Lisa G. Beckerman,

    See attachments. The Trust Mortgage Company has approved my business American Environmental Energy, Inc. (symbol: AEEI) a loan in the amount of $81,349,767. I can use the funds to pay off the debt the current owner Mr. Erno Bodek of ERBO Properties LLC has, including to satisfy the mezzanine lender SME Capital Ventures.

    The current owner Erno Bodek is a Jewish-American and a survivor of the Holocaust. He is a good man and deserves your help. He was very capable before he suffered a stroke, now being disabled. Please don't let the senior citizen go to bankruptcy.

    My writing this letter to you is not completely for commercial interests. I don't think a hammer bidder will give a price higher than $77.5 million as in my agreement with Erno. I guess the hammer price may be $55 million or less. Since I already have the Loan Commitment, I can acquire the property from the winning bidder with a price lower than $77.5 million. Today, the office building of the same size in Manhattan often asks for around $50 million. No bidder comes to an auction for a price higher than market. I can use this Loan Commitment to acquire another building in Manhattan. But my education trained me to keep promises, not 100% for profit. Making money is not the whole spectrum of human life. So, I am still wholeheartedly trying to keep the deal done with Erno, and request you to stop the public sale on July 10, 2023.

    I don't think the outcome of the auction will benefit the current creditors.

    Thank you for your understanding and help.

Wenyi Yu, Ph.D., President
Company: American Environmental Energy, Inc. (symbol: AEEI)
Office: 14 Wall Street, 20th Floor, New York, NY 10005
Cell: (646) 671-2678
Email: wenyi.yu@1aeei.com
Website: http://www.1aeei.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.