<span style="color:blue">American Environmental Energy, Inc.</span> <span style="color:red">(AEEI)</span>

Tuesday, July 11, 2023
Bankruptcy case: Erno Bodek, 541 West 21st Street, New York, NY 10011
From the purchaser American Environmental Energy, Inc.
To the great Judge Hon. Lisa G. Beckerman.

## Current Status of the Property

Dear Hon. Lisa G. Beckerman,

Can you tell me the current status of the property at 541 West 21st Street, New York, NY 10011? Who is the owner of the property now? Is Mr. Erno Bodek of BRBO Properties LLC remains its owner?

I still keep the loan commitment for the purchase of the property. I can try to find the co-investor in NYC in a month. At present, what can I do? If there is a transaction, shall the information be submitted to you first?

Thank you for your help and for releasing the updated information.

Wenyi Yu, Ph.D., President
Company: American Environmental Energy, Inc. (symbol: AEEI)
Office: 637 Oceanside Avenue, Staten Island, NY 10305
Cell: (646) 671-2678
Email: wenyi.yu@1aeei.com
Website: http://www.1aeei.com