**HERRICK, FEINSTEIN LLP**
*Attorneys for G4 18190, LLC*
Stephen B. Selbst
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
sselbst@herrick.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ERBO PROPERTIES, LLC,** *et al.*, | **Case No. 23-10210 (LGB)** |
| **Debtor.** | |

-----------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

I, Larisa Poretsky, being duly sworn, depose and say:

1.    I am employed by Herrick, Feinstein LLP, Counsel for G4 18190, LLC in the above-captioned chapter 11 case (the "Case"). I am over the age of 18 and am not a party to this action.

2.    On July 11, 2023, I caused the following document filed in the Case to be served via e-mail on the parties listed on the Service List attached to this Affidavit of Service:

- *Objection of G4 18190, LLC to the Application of the Debtors Seeking to Extend the Deadlines Set Forth in the Court's June 28, 2023 Scheduling Order* [ECF No. 123].

HF 15074499v.2

Date:   New York, New York
        July 12, 2023

                                                    /s/ *Larisa Poretsky*
                                                    Larisa Poretsky

Sworn to before me this
12th day of July 2023

*/s/ Annabella A. Cruz*
Annabella A. Cruz, Notary Public, State of New York,
No: 01CR6400239 Commission Expires: 11/12/2023

HF 15074499v.2

**SERVICE LIST**

Tarter Krinsky & Drogin LLP
Attn: Scott S. Markowitz, Esq.
1350 Broadway, 11th Floor
New York, NY 10018
Email: smarkowitz@tarterkrinsky.com

Law Offices of Isaac Nutovic
Attn: Isaac Nutovic, Esq.
261 Madison Ave,26th Floor
New York, NY 10016
Email: INutovic@Nutovic.com

Ingram Yuzek Gainen Carroll & Bertolotti LLP
 Attn:Jennifer B Zourigui, Esq.
150 East 42nd Street
19th Floor
New York, NY 10017
Email: jzourigui@ingramllp.com

United States Trustee
Attn: Tara Tiantian, Esq.
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004
Email: tara.tiantian@usdoj.gov
       USTPRegion02.NYECF@USDOJ.GOV

Duane Morris LLP
Attn: Morris S. Bauer, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Ste 1800
Newark, NJ 07102
MSBauer@duanemorris.com

Norris McLaughlin, P.A.
Attn: Melissa A. Pena, Esq.
7 Times Square, 21st Floor
New York, NY 10036
mapena@norris-law.com

HF 15074499v.2