UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ERBO PROPERTIES, LLC, *et al.*[1],<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10210 (LGB)<br><br>Jointly Administered |

# ORDER DENYING THE DEBTOR'S APPLICATION TO EXTEND THE DEADLINES SET FORTH IN THE COURT'S JUNE 28, 2023 SCHEDULING ORDER

**WHEREAS**, on July 6th, 2023, Erbo Properties LLC ("Erbo" or "Debtors"), one of the debtors and debtors-in-possession in the above-captioned Chapter 11 cases, filed the *Application of the Debtors Seeking to Extend the Deadlines Set Forth in the Court's June 28, 2023 Scheduling Order* (the "Application to Extend") [ECF 119]; and

**WHEREAS**, on July 11th, 2023, 541 W 21 SME LLC ("SME") filed the *541 W 21 SME LLC's (A) Objection to Application of the Debtors Seeking to Extend the Deadline Set Forth in the Court's June 28, 2023 Scheduling Order and (B) Further Supplement to Motion of 541 W 21 SME LLC for an Order Terminating the Automatic Stay Pursuant to 11 U.S.C. § 362 and Other Related Relief* (the "SME Objection to Application to Extend") [ECF 122]; and

**WHEREAS**, on July 11th, 2023, G4 18190, LLC ("G4") filed the *Objection of G4 18190, LLC to the Application of the Debtors Seeking to Extend the Deadlines Set Forth in the Court's*

---

[1] The Debtors are ERBO Properties LLC (EIN x9179), Case No.: 23-10210, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211; KOVA 521, LLC (EIN x9972), Case No.: 23-10211, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211; and Gold Mezz LLC (EIN x4741), Case No.: 23-10212, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211

*June 28, 2023 Scheduling Order* (the "G4 Objection to Application to Extend," and collectively with the SME Objection to Application to Extend, the "Objections") [ECF 123]; and

**WHEREAS**, on July 12th, 2023, at 10:00 a.m. (ET) the Court held a hearing on the Application to Extend (the "Hearing"), including SME and G4's Objections.

IT IS HEREBY:

**ORDERED** that the Debtor's Application to Extend is DENIED for the reasons set forth on the record at the Hearing.

Dated: New York, New York
       July 12, 2023

**/s/ Lisa G. Beckerman**
HON. LISA G. BECKERMAN
U.S. BANKRUPTCY JUDGE
