ADJOURNED HEARING DATE: AUGUST 22, 2023
HEARING TIME: 10:30 A.M.

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Erbo Properties LLC, Kova 521, LLC and Gold Mezz LLC*
*Debtors and Debtors-in-Possession*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.
smarkowitz@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                    :
                                                          :   Chapter 11
                                                          :
ERBO PROPERTIES LLC, et al.[1]                            :
                                                          :   Case No.: 23-10210 (LGB)
                              Debtors.                    :   (Jointly Administered)
-----------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE,** the hearing on the following matters:

- *Debtor Erbo Properties LLC's Motion for Entry of an Order (i) Rejecting: (A) Development Management Agreement with Higher Ground 541 LLC, and (B) Construction Management Agreement with Cauldwell Wingate Company, LLC; (ii) Fixing a Bar Date for Claims of Counterparties to the Rejected Contracts; and (iii) Granting Related Relief* (the "Rejection Motion") [ECF No. 13];

- *Debtor's Motion to Enter Into Agreements with Irving Oak Management and Mabe Group Inc. to Complete Construction of the Debtor's Project Located at 541 West 21st Street, New York, NY* (the "Motion To Enter") [ECF No. 57];

- *Debtors' Disclosure Statement to Accompany Their Joint Consolidated Plan of Reorganization Dated May 15, 2023* (the "Disclosure Statement") [ECF

---

[1] The Debtors are ERBO Properties LLC (EIN x9179), Case No.: 23-10210, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211; KOVA 521, LLC (EIN x9972), Case No.: 23-10211, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211; and Gold Mezz LLC (EIN x4741), Case No.: 23-10212, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211.

No. 86]; and

- *Tarter Krinsky & Drogin LLP's Application to Withdraw as Attorneys of Record for the Debtors* (the "Motion to Withdraw") [ECF No. 130]

in the above-captioned Chapter 11 case, has been adjourned from **August 15, 2023 at 10:00 a.m.** to **August 22, 2023 at 10:30 a.m.** (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE**, the Hearing will be held will held via Zoom for Government [2] before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York.

Dated: New York, New York
August 7, 2023

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Erbo Properties LLC, Kova 521, LLC and Gold Mezz LLC*
*Debtors and Debtors-in-Possession*

By:  /s/ Scott S. Markowitz
Scott S. Markowitz, Esq.
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
smarkowitz@tarterkrinsky.com

---

[2] Any party who wishes to attend the Hearing is required to register their appearance by 4:00 p.m. one business day before any scheduled Zoom® hearing with the eCourtAppearances tool on the Court's website.  Judge Beckerman's Zoom instructions may be viewed at https://www.nysb.uscourts.gov/sites/default/files/Judge_Beckerman_Zoom_Procedures.pdf. The Hearing may be adjourned, from time to time, by announcement in open Court without any further or other notice thereof.