KIRBY AISNER & CURLEY LLP
*Proposed Substitute Attorneys for the Debtors*
*ERBO Properties LLC and Kova 521, LLC*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Erica R. Aisner, Esq.
eaisner@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

ERBO PROPERTIES LLC, et. al.[1],

                            Debtors.
----------------------------------------------------------X

Hearing Date: *August 22, 2023*
Hearing Time: *10:00 a.m.*

Chapter 11
Case No. 23-10210 (LGB)
Jointly Administered

**NOTICE OF HEARING ON APPLICATION FOR AN ORDER AUTHORIZING THE
RETENTION OF KIRBY AISNER & CURLEY LLP AS SUBSTITUTE
ATTORNEYS FOR DEBTORS ERBO PROPERTIES LLC AND
<u>KOVA 521, LLC, EFFECTIVE AUGUST 3, 2023</u>**

      **PLEASE TAKE NOTICE,** that upon the Application of Erbo Properties LLC and Kova 521, LLC, debtors and debtors-in-possession in the above-captioned jointly administered chapter 11 cases (collectively the "<u>Debtors</u>"), by Eran Silverberg the Debtors Managing Member, seeking an order authorizing the retention of Kirby Aisner & Curley LLP as substitute counsel for the Debtors, together with the Declarations of Erica R. Aisner and Eran Silverberg, in support of the relief sought, a hearing shall be held before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, at the United States Bankruptcy Courthouse, Southern District of New York (Manhattan Division), One Bowling Green, New York, New York 10004-1408 on the 22nd day of August 2022 at 10:00 a.m., or as soon thereafter as counsel may be heard to consider the proposed

---

[1] The Debtors are ERBO Properties LLC (EIN x9179), Case No.: 23-10210; KOVA 521, LLC (EIN x9972), Case No.: 23-10211, and Gold Mezz LLC (EIN x4741).

retention.

**PLEASE TAKE FURTHER NOTICE,** that in light of the COVD-19 pandemic, all hearings will be conducted telephonically pending further order of this Court. This hearing shall take place virtually using *ZOOM for Government*. Parties that wish to appear at the hearing are required to register their appearance by 4:00 p.m. the day prior to the scheduled hearing utilizing the Electronic Appearance Portal **https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl located on the Court's website.**

**PLEASE TAKE FURTHER NOTICE**, that responsive papers, if any, must be filed with Court on the Court's website, www.nysb.uscourts.gov (Login and Password required), with a copy delivered directly to Chambers, and served and received by proposed counsel to the Debtors, Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583, Attn: Erica R. Aisner, Esq. no later than Monday, August 15, 2023 at 12:00 p.m.

Dated: Scarsdale, New York
      August 8, 2023

    KIRBY AISNER & CURLEY LLP
*Proposed Substitute Attorneys for the Debtors*
*ERBO Properties LLC and Kova 521, LLC*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500

By: */s/ Erica R. Aisner*
      Erica R. Aisner