```
From: Wenyi Yu <wenyi.yu@1aeei.com>
Sent: Monday, August 14, 2023 3:32 PM
To: Dan Lo <dan.thinkbig@gmail.com>; scott@marchantlaw.com; emeryg@nestseekers.com;
victoriasales <victoriasales2@aol.com>; Hershel Klein <hklein@flexo-craft.com>;
NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>; Chantel Barrett
<Chantel_Barrett@nysb.uscourts.gov>; Tyler Talton <Tyler_Talton@nysb.uscourts.gov>
Subject: Re: Loan for 571 W 21st Street
```

Scott, Erno and Hershel,
I received the information below. It is positive news!

Scott and Hershel: You please coordinate to make the deal done. If you need my comments and signatures, please let me know. I am available anytime.
I can't fully understand the lender's idea, please contact the lender to clarify. My partner Mr. Shaobo Jiang told me that Lender's requirement was that we shall have the funds to secure to pay the monthly interests of the bridge loan from the second month, not asking for the payment of the principal -- the principal can be paid off by the loan of $81 million from Trust Mortgage Company or Kennedy Funding, either one.

Please request the help of the great Attorney Lisa Beckerman. She is the most important. We need the time extension.
This email is also Cc: to Honorable Lisa Beckerman and her assistants Chantel Barrett and Tyler Talton of the Federal Bankruptcy Court.

You shall also discuss with the plaintiffs, especially SME mezzanine lender.

Thank you all.

Wenyi Yu, Ph.D., President
Company: American Environmental Energy, Inc. (symbol: AEEI)
Office: 637 Oceanside Avenue, Staten Island, NY 103005
Cell: (646) 671-2678
Email: wenyi.yu@1aeei.com
Website: http://www.1aeei.com
_____

```
From: Dan Lo <dan.thinkbig@gmail.com>
Sent: Monday, August 14, 2023 2:46 PM
To: scott@marchantlaw.com <scott@marchantlaw.com>; mengyao@kw.com <mengyao@kw.com>;
Jkak3226@gmail.com <Jkak3226@gmail.com>; Wenyi Yu <wenyi.yu@1aeei.com>
Subject: Loan for 571 W 21st Street
```

 Hi everyone,

Since funds are time sensitive, a passbook loan is what you may be looking for. You already have these funds in the bank account, so a bank would love to lend securitized on the asset you have deposited with them.

We spoke with the owner of the funding source and last Thursday Aug 10th we relayed that we cannot fund by Monday as it was 2 business days away.

All lending amounts are open $3m-$91m, but the timeline is 2 weeks for commitment and total 4 weeks for funding.

In order to stick to these timelines, we would need to work directly with someone familiar with the company and the deal and lawyers to get all the research done and then the paperwork done.

Best, Be Blessed
Dan


On Mon, Aug 14, 2023 at 12:07 AM Dan Lo <dan.thinkbig@gmail.com> wrote:
Thanks for the information, Scott,

We will start reviewing this information.
Is 2 weeks for approval / 4 weeks for funding a valid timeline?



On Sun, Aug 13, 2023 at 2:57 PM <scott@marchantlaw.com> wrote:
Dan:

Here is some additional information below and attached the my client wished me to forward to you.

Thanks,

Scott


Scott D. Marchant, Esq.
Law Offices of Scott D. Marchant, Esq.
5373 Transit Road
Williamsville, New York 14221
Phone 716-279-6461
Fax 716-240-1639
Mobile 716-864-0221
scott@marchantlaw.com

NOTICE REGARDING DESIGNATED EMAIL ADDRESS FOR SERVICE: The email address from which this email was sent is for correspondence only.  It has not been designated for service of documents and pleadings and any attempted service to this address will be considered a nullity.
_____
Pursuant to the Fair Debt Collection Practices Act you are hereby advised that a portion of our practice involves the collections of debts and any information obtained may be used for that purpose.

CONFIDENTIALITY NOTICE: This communication including attachments or links contained herein, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or attorney-client privileged material. Any unauthorized review, use, disclosure or distribution is STRICTLY PROHIBITED. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Pursuant to the U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments to this email, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

From: Wenyi Yu <wenyi.yu@1aeei.com>
Sent: Sunday, August 13, 2023 2:09 PM
To: scott@marchantlaw.com; Zizhao Yu <cei@1aeei.com>
Subject: How to pay interest and principal of the bridge loan

Scott,
I think the lender also asked our funds to pay the interests and the principal for the bridge loan. Here are the answers:
1. See the first and the second attachments. These funds can be used to pay the interests and part of the loan principal;
2. See the third attachment, our company not only got approval of the $81 million loan from the Trust Mortgage Company, we also helped Linden Villa (Henry Lin) to apply $70 million for his 300-unit apartment development. Henry agreed to lend me $10 million for 12 months once the loan application is approved. The agreement was notarized. We can use both to pay the interests and the principal for the bridge loan. The Trust Mortgage Company can provide us with funds in three weeks.
3. My partner Shaobo Jiang can provide SBLC or BG to pay part of the interest and the loan principal, which depends on the term and amount of the bridge loan. We prefer the term of three or six months. See the Bank Guarantee (BG) template on the fourth attachment, which was provided by the issuer.
4.Once the bridge loan comes, my company will issue stock to raise equity investment to pay the interests and the loan principal. Our company is a public company since 2008, which has the arrangement to uplist the stock to NASDAQ in this May. The 541 West 21st Street Manhattan building to be acquired will be input into our company, and other assets as the wind turbine production is at the final stage of production preparation. The 5th, 6th and 7th attachments are part of the products with the potential of billion-USD level of market potential. We have world top efficiency products and R&D team in wind turbine, solar heating, wave energy, hydro energy and 130 patents, which will help our stock a big deal, setting the foundation of our stock value. Since we have a reviewable energy advantage, the 541 Manhattan Building will be an exemplary organic condo or organic department in NYC. Organic Residential Development will become one of our principal businesses.

Seeing the positive information above, Borrower consider a 3-6 months bridge loan. If the interest rate  is acceptable, a 6-month term is better.

Thank you for the help at the weekend.


Wenyi Yu, Ph.D., President
Company: American Environmental Energy, Inc. (symbol: AEEI)
Office:637 Oceanside Avenue, Staten Island, NY 10305
Cell: (646) 671-2678
Email: wenyi.yu@1aeei.com
Website: http://www.1aeei.com



--
_____
Dan Lo
THINK - big: New York Division
170 Park Row #9B
New York, NY 10038, USA
(917) 443-3400

THINK - big: London Division
THINK - big: Hong Kong Division



--
_____
Dan Lo
THINK - big: New York Division
170 Park Row #9B
New York, NY 10038, USA
(917) 443-3400

THINK - big: London Division
THINK - big: Hong Kong Division