Thank you all for working hard to help us.

Wenyi Yu, Ph.D., President
Company: American Environmental Energy, Inc. (symbol: AEEI)
Office: 637 Oceanside Avenue, Staten Island, NY 10305
Cell: (646) 671-2678
Email: wenyi.yu@1aeei.com
Website: http://www.1aeei.com

---

**From:** Tyler Talton <Tyler_Talton@nysb.uscourts.gov>
**Sent:** Tuesday, August 15, 2023 5:37 PM
**To:** Dan Lo <dan.thinkbig@gmail.com>; Wenyi Yu <wenyi.yu@1aeei.com>
**Cc:** scott@marchantlaw.com <scott@marchantlaw.com>; emeryg@nestseekers.com <emeryg@nestseekers.com>; victoriasales <victoriasales2@aol.com>; Hershel Klein <hklein@flexo-craft.com>; NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>; Chantel Barrett <Chantel_Barrett@nysb.uscourts.gov>; Roland Goris <rolandgoris@yahoo.com>; erving_goris@hotmail.com <erving_goris@hotmail.com>
**Subject:** RE: Loan for 571 W 21st Street

Good Evening,

The communication throughout this email chain is considered *ex parte* communication such that we must place everything received on the case docket. Going forward, please be sure to either remove the members of our Chambers from these emails or file this communication on the public docket to avoid similar issues in the future.

Thank you,

Tyler

**From:** Dan Lo <dan.thinkbig@gmail.com>
**Sent:** Tuesday, August 15, 2023 5:13 PM
**To:** Wenyi Yu <wenyi.yu@1aeei.com>
**Cc:** scott@marchantlaw.com; emeryg@nestseekers.com; victoriasales <victoriasales2@aol.com>; Hershel Klein <hklein@flexo-craft.com>; NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>; Chantel Barrett <Chantel_Barrett@nysb.uscourts.gov>; Tyler Talton <Tyler_Talton@nysb.uscourts.gov>; Roland Goris <rolandgoris@yahoo.com>; erving_goris@hotmail.com
**Subject:** Re: Loan for 571 W 21st Street

**CAUTION - EXTERNAL:**

Scott Marchant,

Hershel and I just spoke he said 2week approval / 4week funding timeline is workable. We'll need your council to understand the purchase, total loans for which purpose, ownership structure, sales/rental repayment process.

Can we set a time for Hershel, Rolando/Erving, you and I, and anyone else who can facilitate to be on a conference call?

Dan