UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x
In re:                                           :
                                                 :     Chapter 11
ERBO PROPERTIES LLC, et al.[1]                   :
                                                 :     Case No.: 23-10210 (LGB)
                      Debtors.                   :     (Jointly Administered)
--------------------------------------------------------- x

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR ERBO PROPERTIES LLC AND KOVA 521, LLC

Upon the motion dated July 26, 2023 [ECF Dkt. No. 130] (the "Motion") by Tarter Krinsky & Drogin LLP ("TKD") seeking entry of an order authorizing TKD to withdraw as attorneys of record for Erbo Properties LLC, et al. (the "Debtors"); and due and proper notice of the motion having been made on all necessary parties; and the Court having held a hearing on the Motion on August 22, 2023, and after due deliberation and sufficient cause appearing; it is hereby

**ORDERED**, that TKD is hereby granted permission to withdraw as counsel of record for Erbo Properties LLC, Case No.: 23-10210 and KOVA 521, LLC, Case No.: 23-10211; and it is further

**ORDERED**, that TKD shall continue as counsel for Gold Mezz LLC, Case No.: 23-10212, until further order of this Court or dismissal or conversion of its Chapter 11 case.

Dated: New York, New York
       August 22nd, 2023

                                      /s/ Lisa G. Beckerman
                                      **HONORABLE LISA G. BECKERMAN**
                                      **UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors are ERBO Properties LLC (EIN x9179), Case No.: 23-10210, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211; KOVA 521, LLC (EIN x9972), Case No.: 23-10211, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211; and Gold Mezz LLC (EIN x4741), Case No.: 23-10212, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211.