UNITED STATES BANKRUPTCY COURT
Southern District of New York Manhattan

| | |
|---|---|
| In re:<br>ERBO Properties LLC,<br>      Debtor(s). | Case No.: 23-10210<br>Chapter: 11 |

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on 08/24/2023 as directed by Office of the United States Trustee- Region 2 , true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

NOTICE OF MOTION and MOTION OF THE UNITED STATES TRUSTEE TO DISMISS, OR ALTERNATIVELY CONVERT THE CHAPTER 11 CASE OF GOLD MEZZ LLC TO CHPATER 7 [Docket No. 141]

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

08/24/2023

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**ERBO Properties LLC 23-10210**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 10574 | 541 W 21 SME LLC , c/o  SME Capital Ventures LLC, 200 Park Avenue, New York , NY , 10166-0005 | First Class |
| 10574 | 541 W 21 SME LLC , c/o Duane Morris LLP, Attn:  Morris S. Bauer, Esq., 1037 Raymond Blvd., Suite 1800, Newark, NJ, 07102-5423 | First Class |
| 10574 | 551 West 21 st Street Condominium , c/o Westerman Ball Ederer Miller Zucker,, 1201 RXR Plaza, Attn.: Jay S. Hellman, Esq., Uniondale, NY, 11556-4201 | First Class |
| 10574 | 551 WEST 21ST  CONDOMINIUM , 551 W 21ST ST, NEW YORK, NY, 10011-2871 | First Class |
| 10574 | 551 WEST 21ST CONDOMINIUM , 551 W 21ST ST, NEW YORK, NY, 10011-2871 | First Class |
| 10574 | 551 West 21st Street Condominium , c/o Westerman Ball Ederer Miller, Zucker & Sharfstein, LLP, 1201 RXR Plaza, Uniondale, NY, 11556-4201 | First Class |
| 10574 | A/R CONSULTING ENGINEER , 530 YONKERS AVE STE 103, YONKERS, NY, 10704-2874 | First Class |
| 10574 | ADVANCED FACADE , 13-75 REDFERN AVE, FAR ROCKAWAY, NY, 11691-3817 | First Class |
| 10574 | Advanced Facade Inc. , Moon & Associates, P.C., 60, United States, NEW YORK, NY, 10165 | First Class |
| 10574 | AHERN RENTALS , 1333 RANDALL AVE, BRONX, NY, 10474-6503 | First Class |
| 10574 | Ahern Rentals, Inc. , 8350 Eastgate Road, Henderson, NV, 89015-0104 | First Class |
| 10574 | ALBA SERVICES, INC. , 240 W 52ND ST 4TH FLOOR, NEW YORK, NY, 10019-5802 | First Class |
| 10574 | ALPINE ENTERPRISES NY LTD. , 4608 THIRD AVENUE, BROOKLYN, NY, 11220-1034 | First Class |
| 10574 | Authentic Elevator Services, Corp. , PO Box 8253, Ground Floor, Pelham, NY, 10803-8253 | First Class |
| 10574 | BRW CONTRACTING INC. , 2522 HUNT RD #4312, LAND O LAKES, FL, 34638-4312 | First Class |
| 10574 | BRW Contracting, Inc. , c/o Thomas A. Farinella, P.C., 260 Madison Avenue, New York, NY, 10016-2400 | First Class |
| 10574 | BRW Contracting, Inc. | None |
| 10574 | BRW Contracting, Inc. , c/o Law Office of Thomas A. Farinella, P, 260 Madison Avenue, New York, NY, 10016-2400 | First Class |
| 10574 | BRW CONTRACTING, INC. , 38 Wickes Avenue, Yonkers, NY, 10701-6726 | First Class |
| 10574 | C/O DUANE MORRIS LLP , 541 W 21 SME LLC , ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD - SUITE 1800, ATTN MORRIS S. BAUER, ESQ., NEWARK, NJ , 07102-5424 | First Class |
| 10574 | c/o Westerman Ball Ederer Miller Zucker, Attn.: Jay S. Hellman, Esq., 551 West 21st Street Condominium, 1201 RXR Plaza,, ., Uniondale, NY, 11556 | First Class |
| 10574 | Cauldwell Wingate Co., LLC | None |
| 10574 | Cauldwell Wingate Co., LLC , c/o INGRAM YUZEK GAINEN CARROLL, ETC., 150 East 42nd Street, 19th Floor, Attn: Jessica L. Rothman, Esq., New York, NY, 10017-5610 | First Class |
| 10574 | Cauldwell Wingate Co., LLC , c/o INGRAM YUZEK GAINEN CARROLL, ETC., 150 East 42nd Street, 19th Floor, Attn: Jennifer B. Zourigui, Esq., New York, NY, 10017-5610 | First Class |
| 10574 | CAULDWELL WINGATE CO., LLC , 380 LEXINGTON AVENUE, 52ND FLOOR, NEW YORK, NY, 10168-2696 | First Class |
| 10574 | CAULDWELL WINGATE COMPANY, LLC , 38O LEXINGTON AVENUE, 52ND FLOOR, NEW YORK, NY, 10168 | First Class |
| 10574 | CONEDISON , 850 12TH AVE, NEW YORK, NY, 10019-1025 | First Class |
| 10574 | CONSOLIDATED EDISON COMPANY OF NEW YORK INC , BANKRUPTCY GROUP - EAG, 4 IRVING PLACE 9TH FLOOR, United States, NEW YORK, NY, 10003-3502 | First Class |
| 10574 | CRESCENT CONSULTING , 2 STOWE RD # 3A, PEEKSKILL, NY, 10566-2501 | First Class |
| 10574 | DNA CONTROLLED INSPECTIONS  LTD, 135 W 29TH STREET, SUITE 601, NEW YORK, NY, 10001-5174 | First Class |
| 10574 | Eisenberg & Baum, LLP , 24 Union Square East, PH, New York, NY, 10003-3201 | First Class |
| 10574 | EMERALD MECHANICAL , 70 LAFAYETTE ST 4TH FLOOR, NEW YORK, NY, 10013-4000 | First Class |
| 10574 | Emerald Mechanical Solutions, Inc. , c/o Cermele & Wood LLP, 2 Westchester Park Drive, Suite 110, White Plains, NY, 10604-3432 | First Class |
| 10574 | ERBO Properties LLC , 551 Bedford Avenue, Brooklyn, NY, 11211-7606, United States of America | First Class |
| 10574 | Erica Feynman Aisner , Kirby Aisner & Curley LLP, 700 Post Road, Ste. 237, Scarsdale, NY, 10583-5013 | First Class |
| 10574 | ESF INC. , 55 LASALLE ST, STATEN ISLAND, NY, 10303-2738 | First Class |
| 10574 | FIRST Insurance Funding , 450 Skokie Blvd., Suite 1000, Northbrook, IL, 60062-7917 | First Class |
| 10574 | G-4 18190, LLC , c/o HERRICK, FEINSTEIN LLP, Stephen B. Selbst, Two Park Avenue, Attn: Stephen B. Selbst, Esq., New York, NY, 10016-5675 | First Class |
| 10574 | G4 18190, LLC , 14 SKILLMAN STREET, ROSLYN, NY, 11576-1183 | First Class |
| 10574 | G4 18190,LLC , 183 Madison Ave, 11th Floor, New York, NY, 10016-4501 | First Class |
| 10574 | GASTALDELLO SISTEMI S.P.A. , VIALE DELL'ARTIGIANATO16, 3706, ZONA INDUSTRIALE MADONNA, UVA SECCA VR,, Italy | First Class |
| 10574 | GIBBONS P.C. , ONE PENNSYLVANIA PLAZA, 37TH FLOOR, NEW YORK, NY, 10119 | First Class |
| 10574 | GILSANZ MURRAY STEFICEK , 129 W 27TH ST 5TH FLOOR, NEW YORK, NY, 10001-6206 | First Class |
| 10574 | Gold Mezz LLC , 551 Bedford Avenue, Brooklyn , NY, 11211-7606 | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 10574 | GORMAN JR FIRE ALARM CONSULTIN , C/O WALTER GORMAN, 135 W 29TH ST, SUITE 1005, NEW YORK, NY, 10001-5164 | First Class |
| 10574 | Hershel Klein , Flexocraft, 1000 1st Street, Harrison, NY, 07029 | First Class |
| 10574 | Hershel Klein , c/o NORRIS McLAUGHLIN, P.A., 7 Times Square, 21st Floor, Attn: Benjamin D. Schwartz, Esq., New York, NY, 10036-6551 | First Class |
| 10574 | Hershel Klein , c/o NORRIS McLAUGHLIN, P.A., 7 Times Square, 21st Floor, Attn: Melissa A. Pea, Esq., New York, NY, 10036-6551 | First Class |
| 10574 | HG STONES , 65 DAVIDS DR, HAUPPAUGE, HAUPPAUGE, NY, 11788-2004 | First Class |
| 10574 | HIGH CONCRETE GROUP , 125 DENVER RD, DENVER, PA, 17517-9315 | First Class |
| 10574 | High Concrete Group, LLC , 125 Denver Road, Denver, PA, 17517-9315 | First Class |
| 10574 | High Concrete Group, LLC , 125 Denver Road, Denver, PA, 17517-9315 | First Class |
| 10574 | High Concrete Group, LLC , c/o SAXTON & STUMP, LLC, 280 Granite Run Drive, Suite 300, Attn: Barry A. Solodky, Esq., Lancaster, PA, 17601-6814 | First Class |
| 10574 | Higher Ground 541 LLC , c/o GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, 125 Park Avenue, 12th Floor, Attn: Kevin J. Nash, Esq., New York, NY, 10017-5690 | First Class |
| 10574 | Higher Ground 541 LLC | None |
| 10574 | HIGHER GROUND 541 LLC , C/O CIA GROUP, 41 MADISON AVENUE, 31ST FLOOR, NEW YORK, NY, 10010-2345 | First Class |
| 10574 | HIGHERGROUND 541, LLC , C/O CIA GROUP, 41 MADISON AVENUE, 31ST FLOOR, NEW YORK, NY, 10010-2345 | First Class |
| 10574 | HUDSON PAINTING , 2360 29TH ST, ASTORIA, NY, 11105-2857 | First Class |
| 10574 | IM INSURANCE , 4403 13TH AVE, BROOKLYN, NY, 11219-2017 | First Class |
| 10574 | IM Insurance Brokerage Inc , 4403 13th Avenue Ste2, Brooklyn, NY, 11219-2017 | First Class |
| 10574 | Internal Revenue Service , Post Office Box 7346, Philadelphia, PA, 19101-7346 | First Class |
| 10574 | Isaac Nutovic , Law Offices of Isaac Nutovic, 261 Madison Ave, 26th Floor, New York, NY, 10016-2303 | First Class |
| 10574 | Jennifer B Zourigui , Ingram Yuzek Gainen Carroll & Bertolotti, 150 East 42nd Street, 19th Floor, New York, NY, 10017-5610 | First Class |
| 10574 | Kevin J. Nash, Esq. , Goldberg Weprin Finkel Goldstein LLP, Attorneys for Higher Ground 541 LLC, 125 Park Avenue, 12th Floor, New York, NY, 10017-5690 | First Class |
| 10574 | KM ASSOCIATES OF NY, INC. , 158 WEST 29 STREET, FL. 7, NEW YORK, NY, 10001-5300 | First Class |
| 10574 | KOVA 521, LLC , 541-545 West 21st Street, New York, NY, 10011-2811, United States of America | First Class |
| 10574 | Liker Energy Solutions LLC , C/O Zisholtz & Zisholtz, LLP, 200 Garden City Plaza, Suite 408, Garden City, NY, 11530-3340 | First Class |
| 10574 | LILKER ASSOCIATES , 1001 6TH AVE #9, NEW YORK, NY, 10018-5471 | First Class |
| 10574 | Lilker Associates Consulting Engineers P.C. , c/o Zisholtz & Zisholtz, LLP, 200 Garden City Plaza, Suite 408, Garden City, NY, 11530-3340 | First Class |
| 10574 | LILKER ENERGY SOLUTIONS , 1001 6TH AVE #9, NEW YORK, NY, 10018-5471 | First Class |
| 10574 | Lilker Energy Solutions, LLC , c/o Zisholtz & Zisholtz, LLP, 200 Garden City Plaza, Suite 408, Garden City, NY, 11530-3340 | First Class |
| 10574 | LILKER LIGHTING GROUP , 1001 6TH AVE #9, NEW YORK, NY, 10018-5471 | First Class |
| 10574 | MANCINI DUFFY , 275 7TH AVENUE, NEW YORK, NY, 10001-6708 | First Class |
| 10574 | METRODIAL CORPORATION , 25 BETHPAGE RD, HICKSVILLE, NY, 11801-1525 | First Class |
| 10574 | Michael R Wood , Cermele & Wood LLP, 2 Westchester Park Drive, Suite 110, White Plains, NY, 10604-3432 | First Class |
| 10574 | NEW YORK CITY DEP , 59-17 JUNCTION BOULEVARD, CORONA, NY, 11373-5108 | First Class |
| 10574 | New York City Dept of Finance , Office of Legal Affairs, Collection Unit-RPT Taxes, 375 Pearl Street, 30th fl, New York, NY, 10038-1442 | First Class |
| 10574 | Norris McLaughlin, P.A. , 7 Times Square, 21st Floor, Attn: Benjamin D. Schwartz, Esq., New York, NY, 10036-6551 | First Class |
| 10574 | NYC Water Board , Andrew Rettig, Assistant Counsel, 59-17 Junction Blvd, 13th Floor, Elmhurst, NY, 11373-5188, United States of America | First Class |
| 10574 | NYS Department of Taxation & Finance , Bankruptcy Section, PO Box 5300, Albany, NY, 12205-0300 | First Class |
| 10574 | Paul Rachmuth Law Office, PLLC , 265 Sunrise Highway, Ste. 1515, Rockville Centre, NY, 11570-4912 | First Class |
| 10574 | Scott S. Markowitz , Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY, 10018-0947 | First Class |
| 10574 | SMARTWORX , 707 E DAYTON ROAD, OTTAWA, IL, 61350-9545 | First Class |
| 10574 | SPECTRUM , 400 WASHINGTON BLVD, STAMFORD, CT, 06902-6641 | First Class |
| 10574 | The Board of Managers of the 551 West 21st S, c/o Westerman Ball Ederer Miller Zucker, Attn.: Jay S. Hellman, Esq., RXR Plaza, NY, 11556 | First Class |
| 10574 | United Electric Power , 270 Park Avenue, New Hyde Park, NY, 11040-5318 | First Class |
| 10574 | United States Trustee , Office of the United States Trustee - NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY, 10004-1459 | First Class |
| 10574 | URBAN UMBRELLA , 20 HARRISON ST, NEW YORK, NY, 10013-2899 | First Class |
| 10574 | Wenyi Yu | None |