UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                   :
                                                                              :      Chapter 11
                                                                              :
ERBO PROPERTIES LLC, et al.[1]                          :      Case No.: 23-10210 (LGB)
                                                                              :      (Jointly Administered)
                                                      Debtors.       :
-----------------------------------------------------------x

### ORDER APPROVING AND AWARDING FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO TARTER KRINKSY & DROGIN LLP

Upon the final fee application of Tarter Krinsky & Drogin LLP ("TKD"), counsel for the Debtors (the "Application") [ECF No. 143], seeking an order awarding final compensation and reimbursement of expenses incurred during the period commencing February 13, 2023, through September 11, 2023; and proper notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and upon the Debtors' Limited Objection dated November 1, 2023 (the "Objection") [ECF No. 150]; and upon the Court having held a hearing to consider the Application on November 8, 2023; and upon the Court having directed TKD to provide documentation of the disbursements included in the Application; and TKD having provided the Court with a Supplement Statement With Respect to Disbursements Contained in TKD's Final Fee Application [ECF No. 152]; and upon TKD and the United States Trustee's office having agreed to a reduction of $10,000 in fees; and upon the Court having awarded TKD's request for legal fees with an additional reduction of $5,000, for a total reduction of $15,000 in fees, it is hereby:

---

[1] The Debtors are ERBO Properties LLC (EIN x9179), Case No.: 23-10210, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211; KOVA 521, LLC (EIN x9972), Case No.: 23-10211, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211; and Gold Mezz LLC (EIN x4741), Case No.: 23-10212, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211.

**ORDERED**, that the Application is granted to the extent set forth in the attached Schedules; and it is further

**ORDERED**, that the Objection is denied and overruled; and it is further

**ORDERED**, that the Debtors shall not be required to pay fees awarded herein until confirmation of a plan of reorganization/liquidation.

Dated: New York, New York
       November 14, 2023

                                      /s/ Lisa G. Beckerman
                                      **HONORABLE LISA G. BECKERMAN**
                                      **UNITED STATES BANKRUPTCY JUDGE**

SCHEDULE A

**CURRENT FEE PERIOD**
**02/13/2023 through 09/11/2023**

Case Name: ERBO Properties LLC, et al.
Case No.: 23-10210 (LGB)

| (1) Applicant | (2) Date / Document Number of Application | (3) Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Tarter, Krinsky & Drogin LLP *Attorneys for Debtors and Debtors-In-Possession* | 9/12/2023  143 | $271,805.50 | $256,805.50 | $0 | $0 | $256,805.50 | $4,819.58 | $4,819.58 |

Dated: November 14, 2023

Initials: <u>LGB</u> USBJ

3

SCHEDULE B

**FINAL FEE APPLICATION TOTALS**
**02/13/2023 through 09/11/2023**

Case Name: ERBO Properties LLC, et al.
Case No.:   23-10210 (LGB)

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees Allowed | (4)<br>Total Expenses Requested | (5)<br>Total Expenses Allowed |
|---|---|---|---|---|
| Tarter, Krinsky & Drogin LLP<br>*Attorneys for Debtors and Debtors-In-Possession* | $271,805.50 | $256,805.50 | $4,819.58 | $4,819.58 |

Dated: November 14, 2023                                                                                                   Initials: <u>LGB</u> USBJ