**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Cauldwell Wingate Co., LLC,*
1350 Broadway, 11th Floor
New York, New York 10018
Tel: (212) 216-8000
Fax: (212) 216-8001
Email: jzourigui@tarterkrinsky.com
Jennifer Zourigui, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

ERBO PROPERTIES LLC.,

Debtor.

Chapter 11

Case No. 23-10210 (LGB)

-------------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
### OF ALL NOTICES, PLEADINGS, AND ORDERS

**PLEASE TAKE NOTICE**, that Tarter Krinsky & Drogin LLP, as counsel to Cauldwell Wingate Co., LLC, hereby enters its appearance in the above-captioned Chapter 11 case pursuant to 11 U.S.C. §1109(b) and Federal Rule of Bankruptcy Procedure 9010(b), and requests that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding, be served upon the undersigned at the following address:

> Jennifer Zourigui, Esq.
> Tarter Krinsky & Drogin LLP
> 1350 Broadway, 11th Floor
> New York, New York 10018
> Tel: (212) 216-8000
> Fax: (212) 216-8001
> Email: jzourigui@tarterkrinsky.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in this case, whether such notice is formal or

informal, written or oral, and whether transmitted by hand delivery, United States Mail, expedited delivery service, telephone, fax, electronic mail, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Notice, Pleadings, and Orders, nor any subsequent appearance, pleading, proof of claim, other writing, or conduct shall constitute a waiver by Cauldwell Wingate (i) right to have final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (ii) right to trial by jury in any proceeding as to any and all matters so triable; (iii) right to have the reference in this mater withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) other remedies, rights, claims, defenses, setoffs, or other matters, in law or equity, under any agreement. All such rights are hereby reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this Chapter 11 case.

Dated: New York, New York
April 16, 2024

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Cauldwell Wingate Co., LLC,*

By: */s/ Jennifer Zourigui*
Jennifer Zourigui
1350 Broadway, 11th Floor
New York, New York 10018
Tel: (212) 216-8000
Fax: (212) 216-8001
jzourigui@tarterkrinsky.com