UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re                                                          Case No. 23-10210 (LGB)

ERBO PROPERTIES LLC et al.[1]                                  Chapter 11
               Debtors.

-----------------------------------------------------------x

## Notice of Adjournment

**Please take notice that**, the hearing for the *U.S. Trustee's Motion to Dismiss or Convert the Case* (ECF No. 156) scheduled for April 17, 2024 at 10 a.m. is hereby adjourned. The adjourned date is to be determined.

Dated: New York, New York
      April 17, 2024

                                      Respectfully submitted,

                                      WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE, Region 2

                                      By: */s/ Tara Tiantian*
                                      Tara Tiantian
                                      Trial Attorney
                                      Alexander Hamilton Custom House
                                      One Bowling Green, Room 534
                                      New York, NY 10014

---

[1] 1 The Debtors are ERBO Properties LLC (9179) ("Erbo"), Case No.: 23-10210, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211; KOVA 521, LLC (9972) ("KOVA"), Case No.: 23-10211, with a mailing address at 551 Bedford Avenue, Brooklyn, NY 11211.