**Sale Approval Hearing Date and Time: Friday, October 24, 2025 at 10:00 a.m. (Eastern time)**

WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Alan Nisselson, Chapter 7 Trustee*
156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000 / Fax. (212) 262-1215
Attorney Appearing:  Leslie S. Barr (lbarr@windelsmarx.com)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re

ERBO PROPERTIES LLC, et al.,

                            Debtors.[1],
-------------------------------------------------------------x

<u>Chapter 7</u>

Case No. 23-10210-lgb
(Jointly administered)

### TRUSTEE'S REPORT AND REQUEST FOR ORDER APPROVING AND CONFIRMING TRUSTEE'S AUCTION SALE OF ESTATE'S INTEREST IN ERBO'S REAL PROPERTY LOCATED AT <u>541-545 WEST 21st STREET, NEW YORK, NEW YORK 10011</u>

TO THE HONORABLE LISA G. BECKERMAN,
UNITED STATES BANKRUPTCY JUDGE:

         Alan Nisselson ("***Trustee***"), trustee for the chapter 7 estate of trustee for the above-captioned jointly administered chapter 7 estates ("***Estates***"), by and through his attorneys, Windels Marx Lane & Mittendorf, LLP ("***Windels Marx***"), respectfully submits this *Report and Request for Approval of Sale of Debtor's Real Property Located at 541-545 West 21st Street, New York, New York 10011* (the "***Property***"), and in support thereof, respectfully represents:

         1.       On September 30, 2025, after having conducted a Hearing on that date, the Court entered an Order approving the Agreement between the Trustee and G4 18190, LLC, a/k/a G4 Capital Partners ("***G4***") for the public auction sale of the Property and other related items, Doc.

---

[1] The Debtors are ERBO Properties LLC (9179) ("Erbo"), Case No. 23-10210, with a mailing address at 551 Bedford Avenue, Brooklyn, New York 11211; and KOVA 521, LLC (9972) ("KOVA"), Case No. 23-10211, with a mailing address at 551 Bedford Avenue, Brooklyn, New York 11211.

245 ("***Sale Procedures Order***").

2. Pursuant to the Agreement and the Sale Procedures Order, the Trustee, by his duly retained auctioneer, Maltz Auctions, Inc. ("***Maltz***"), conducted an auction for the sale of the Property (the "***Auction***"). The Auction was held online-only from October 21, 2025 at 11:00 a.m., through October 23, 2025 at 11:00 a.m., Eastern time.

3. In accordance with the Agreement and the Sale Procedures Order, Maltz registered no qualified competitive bidders to participate in the public auction sale. Since the credit bid of G4 was the only bid received for the Property, the Trustee selected G4 as having made the highest or best bid at the auction sale for the Property in the amount of $45,000,000.00 by credit bid, plus the carve out amounts provided for in the Agreement and the Sales Procedures Order.

4. The Auction Sale of the Property was conducted fairly and in accordance with the Sale Procedures Order and the Terms and Conditions of Sale. There was no competitive bidding and the sales price of the Property obtained at the Auction Sale was not controlled by any agreement amongst potential purchasers. G4, the successful purchaser of the Property, followed and observed the Agreement and the Sale Procedures Order and the Terms and Conditions of Sale and is purchasing the Property in good faith.

5. The Trustee recommends that the Court approve the credit bid offer made by G4 as the highest or best bid for the Property for a total purchase price of $45,000,000.00, plus the carve out amounts provided for in the Stipulation and the Sales Procedures Order.

*The rest of this page is intentionally left blank.*
*The signature page immediately follows.*

**WHEREFORE**, the Trustee respectfully requests that the Court enter an Order approving the sale as reported above, and grant such other and further relief as is just.

Dated: New York, New York         Respectfully submitted,
       October 23, 2025

WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Alan Nisselson, Trustee*

By:    */s/ Leslie S. Barr*
      Leslie S. Barr (lbarr@windelsmar.com)
      156 West 56th Street
      New York, New York 10019
      Tel. (212) 237-1000 / Fax. (212) 262-1215