**KV Settlement, LLC**
41 Madison Avenue, 21st Floor
New York, NY 10010
Phone: (212) 532-8686 Fax: (646)417-5642

## Buyer's Closing Statement

| | |
|---|---|
| **Settlement Date:** | 12/30/2025 |
| **Disbursement Date:** | 12/30/2025 |
| **Order Number:** | 5266186-F-NY-CP-KV |
| **Buyer:** | 541 W 21 Capital LLC |
| **Seller:** | Alan Nisselson, as Trustee for the chapter 7 estate of ERBO Properties LLC |
| **Lender:** | G4 18291, LLC, a New York limited liability company |
| | G4 18296, LLC, a New York limited liability company |
| **Property:** | 541/545 West 21st Street<br>New York, NY 10011 |

| | Buyer Debit | Buyer Credit |
|---|---:|---:|
| **Total Consideration** | | |
| Incremental Purchase Price-$45,000,000 | | |
| Payoff to G4 18190, LLC | 44,761,980.60 | |
| Remaining Purchase Funds | 238,019.40 | |
| **Loan Charges** | | |
| Senior Loan Funded at Closing | | 25,000,000.00 |
| Mezzanine Loan Funded at Closing | | 20,400,000.00 |
| LENDER CLOSING CREDIT | | 238,019.40 |
| Loan Processing Fee | 10,000.00 | |
| Legal Transactional Fees | 260,000.00 | |
| Legal Zoning Fees | 4,677.00 | |
| Legal Bankruptcy | 250,000.00 | |
| Borrower Legal Fee | | |
| Appraisal Fee | 7,500.00 | |
| Environmental Assessment Fee (Environmental Review Memo) | 2,500.00 | |
| Background Searches / Credit Report | 2,373.06 | |
| Insurance Consultant / Loan Monitoring | 12,500.00 | |
| Force Place Flood Insurance Fee | 1,659.40 | |
| Construction Consultant – Plan and Cost | 5,580.00 | |
| LLC Formation & Publishing / Bank Account Formation | 750.00 | |
| **Title/Escrow Charges** | | |
| Bankruptcy Search | 21.78 | |

## Closing Statement

|  | Buyer Debit | Buyer Credit |
|---|---:|---:|
| **Title/Escrow Charges (continued)** | | |
| Closing and Coordination Fee | 450.00 | |
| Escrow Service | 50.00 | |
| Fedex | 39.00 | |
| Municipal Searches | 598.81 | |
| Patriot Name Search | 20.00 | |
| Recording Service Fee | 400.00 | |
| Settlement Fee | 2,000.00 | |
| Ancilliary Name Searches (Delaney INV556324, INV556705, INV559712 & 561557) | 3,668.50 | |
| ESCROW TO PAY: Open 2023 Taxes | 175.00 | |
| ESCROW TO PAY: Open 2024 Taxes | 175.00 | |
| ESCROW TO PAY: Open 2025 Taxes | 175.00 | |
| ESCROW TO PAY: Open July 1, 2025 Taxes | 595,930.89 | |
| Survey | 950.00 | |
| Loan Policy Premium | 18,608.00 | |
| Owner's Policy Premium | 126,851.00 | |
| ALTA 27-06 Usury Endorsement | 250.00 | |
| Good Standings (Delaney INV560990) | 367.50 | |
| Mezzanine Financing Endorsement | 12,480.00 | |
| ALTA 18-06 Single Tax Parcel Endorsement | 50.00 | |
| Standard New York Loan Policy | | |
| Access Endorsement | 50.00 | |
| Co-Insurance Endorsement | | |
| Environmental Protection Lien Endorsement (NYC Only) | 50.00 | |
| Mortgage Tax Endorsement | 50.00 | |
| Waiver of Arbitration | 50.00 | |
| ALTA 25-06 Same as Survey Endorsement | 50.00 | |
| ALTA 18-06 Single Tax Parcel Endorsement | 50.00 | |
| Standard New York Owner's Policy | | |
| Access Endorsement | 50.00 | |
| Co-Insurance Endorsement | | |
| Waiver of Arbitration | 50.00 | |
| ALTA 25-06 Same as Survey Endorsement | 50.00 | |

# Closing Statement

|  | Buyer Debit | Credit |
|---|---:|---:|
| **Title/Escrow Charges (continued)** | | |
| ALTA 6-06 Variable Rate Mortgage Endorsement | 50.00 | |
| ALTA 28-06 Easement - Damage or Enforcement Removal Endorsement | 250.00 | |
| ALTA 28.1 Encroachments - Boundaries and Easements Endorsement | 250.00 | |
| ALTA 9.3-06 Covenants, Conditions and Restrictions - Loan Policy Endorsement | 250.00 | |
| ALTA 28-06 Easement - Damage or Enforcement Removal Endorsement | 250.00 | |
| ALTA 28.1 Encroachments - Boundaries and Easements Endorsement | 250.00 | |
| **Recording Charges** | | |
| Termination of Collateral Assignment x4 to Kensington Vanguard National Land Services of NY, | 600.00 | |
| Satisfaction of Mortgage x4 to Kensington Vanguard National Land Services of NY, | 600.00 | |
| Deed to Kensington Vanguard National Land Services of NY, | 450.00 | |
| RPTT on $45,000,000.00 to Kensington Vanguard National Land Services of NY, | 292,500.00 | |
| RETT on $45,000,000.00 to Kensington Vanguard National Land Services of NY, | 1,181,250.00 | |
| Mortgage to Kensington Vanguard National Land Services of NY, | 350.00 | |
| MRT on $25,000,000.00 to Kensington Vanguard National Land Services of NY, | 700,000.00 | |
| Assignment of Leases and Rents w/255 affidavits to Kensington Vanguard National Land Services of NY, | 275.00 | |
| UCC-1 (county & state x2) to Kensington Vanguard National Land Services of NY, | 300.00 | |
| Subordination, Non-Disturbance Agreement to Kensington Vanguard National Land Services of NY, | 275.00 | |
| Memorandum of Collateral Assignment to Kensington Vanguard National Land Services of NY, | 225.00 | |
| **Miscellaneous Charges** | | |
| Disbursement Fee to First American Title Insurance Company | 2,000.00 | |
| Tax Lien 12/29 to NYCTL 2025-A Trust | 4,089,807.16 | |
| Eagle 9 Insurance Premium to First American UCC Insurance Services | 10,462.60 | |
| Unsecured Creditors Fee to ERBO PROPERTIES LLC | 125,000.00 | |
| Trustee Fee to ERBO PROPERTIES LLC | 125,000.00 | |
| Auctioneer Fee to ERBO PROPERTIES LLC | 50,000.00 | |
| Service Fee to NRAI Services, LLC | 441.00 | |
| Service Fee to NRAI Services, LLC | 55.00 | |
| Service Fee to NRAI Services, LLC | 216.00 | |

# Closing Statement

|  | Buyer Debit | Buyer Credit |
|---|---:|---:|
| **Miscellaneous Charges (continued)** | | |
| Service Fee to NRAI Services, LLC | 810.00 | |
| Service Fee to NRAI Services, LLC | 410.00 | |
| Borrower Legal Fee to Goetz Platzer LLP | 105,000.00 | |
| UST Quarterly Fees to ERBO PROPERTIES LLC | 17,857.00 | |
| **Subtotals** | 53,026,433.70 | 45,638,019.40 |
| **Balance Due FROM Buyer** | | 7,388,414.30 |
| **Totals** | 53,026,433.70 | 53,026,433.70 |

**Signatures**

BUYER:

541 W 21 Capital LLC

BY: _____[signature]_____

SELLER:

Alan Nisselson, as Trustee for the chapter 7 estate of ERBO Properties LLC

BY: _____


KV Settlement, LLC

BY: *Zach Rowan*_____

By signing above, we, direct KV Settlement, LLC ("Settlement Agent") to make disbursements for this transaction, pursuant to the Closing Disclosure Form, ALTA Settlement Statement, and related disbursement documents (each a "Settlement Statement") utilized in this transaction.

By signing above, we agree, if requested by Settlement Agent, to promptly cooperate to correct clerical errors in any documents executed as part of this transaction.

By signing above, we agree that Settlement Agent shall only be required to disburse funds on the joint written instructions or Settlement Statement and shall be fully protected in following such joint written instructions. Furthermore, we agree to indemnify and hold harmless Settlement Agent from all suits, actions, loss, costs, claims, damages, liabilities, and expenses which may be incurred by reason of its action pursuant to the Settlement Statement or joint written instructions.

By signing above, we agree that Settlement Agent is acting solely as a stakeholder at the request of the Parties to the transaction and solely for the convenience of the Parties.

By signing above, we understand, acknowledge, and authorize that the Settlement Agent may place the funds associated with this transaction in interest-bearing accounts that may provide a financial benefit, including fees, interest, or credits, to the Settlement Agent, unless my written instructions state otherwise or it is otherwise restricted or prohibited by law.

# Signatures

BUYER:

541 W 21 Capital LLC

BY:_____


SELLER:

Alan Nisselson, as Trustee for the chapter 7 estate of ERBO Properties LLC

BY: *[signed]*_____


KV Settlement, LLC

BY: _____


By signing above, we, direct KV Settlement, LLC ("Settlement Agent") to make disbursements for this transaction, pursuant to the Closing Disclosure Form, ALTA Settlement Statement, and related disbursement documents (each a "Settlement Statement") utilized in this transaction.

By signing above, we agree, if requested by Settlement Agent, to promptly cooperate to correct clerical errors in any documents executed as part of this transaction.

By signing above, we agree that Settlement Agent shall only be required to disburse funds on the joint written instructions or Settlement Statement and shall be fully protected in following such joint written instructions. Furthermore, we agree to indemnify and hold harmless Settlement Agent from all suits, actions, loss, costs, claims, damages, liabilities, and expenses which may be incurred by reason of its action pursuant to the Settlement Statement or joint written instructions.

By signing above, we agree that Settlement Agent is acting solely as a stakeholder at the request of the Parties to the transaction and solely for the convenience of the Parties.

By signing above, we understand, acknowledge, and authorize that the Settlement Agent may place the funds associated with this transaction in interest-bearing accounts that may provide a financial benefit, including fees, interest, or credits, to the Settlement Agent, unless my written instructions state otherwise or it is otherwise restricted or prohibited by law.